# Exhibit 6

| | |
|---|---|
| **From:** | Lintemuth, Elisa <ELintemuth@dykema.com> |
| **Sent:** | Monday, June 10, 2019 1:42 PM |
| **To:** | Michele Chapnick |
| **Cc:** | Dame, Jr., Frank |
| **Subject:** | Brett and Paula Lemmen Family Trust v. Travelers, et. al. / Case No. 19-5760-CZ |

Michele:

Dykema will be representing Defendant A.J. Gallagher in the above-referenced case. A.J. Gallagher consents to Travelers' removal of this matter to federal court.

Regards,
Elisa



| **Elisa J. Lintemuth** | 616-776-7532 Direct | 300 Ottawa Avenue, N.W., Suite 700 |
| Member | 616-776-7500 Main | Grand Rapids, Michigan  49503 |
| ELintemuth@dykema.com | 855-259-7099 Fax | www.dykema.com |

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.