UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRETT & PAULA LEMMEN, et al

        Plaintiff(s),        Case No. 19-cv-458

v.

AJ GALLAGHER & COMPANY, INC

        Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, AJ GALLAGHER & COMPANY, INC. (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes ☐ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: June 13, 2019

/s/ Elisa J. Lintemuth
(Signature)
Elisa J. Lintemuth (P74498)
Dykema Gossett PLLC
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
616-776-7500/elintemuth@dykema.com