

Justin F. Roebuck
County Clerk | Register of Deeds

Sherri A. Sayles
Chief Deputy County Clerk

Rachel A. Sanchez
Chief Deputy Register of Deeds

June 13, 2019

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN STREET N.W.
GRAND RAPIDS, MI  49503

RE:   20TH Circuit Court Case No.   2019-5760-CZ
      Brett Lemmen  v.  The Travelers Insurance, Inc., et al.

To Whom It Concerns:

The above captioned file is being forwarded to your office via e-mail to: info@miwd.uscourts.gov pursuant to the NOTICE OF FILING NOTICE OF REMOVAL, which was filed with our office on 6/11/2019.

Sincerely,

Justin F. Roebuck
Ottawa County Clerk/Register

bdh
Enclosures
        Case File & Register of Actions
Cc: James A. Marek, jamesmareklaw@gmail.com
Cc: Michele A. Chapnick, mchapnick@gregorylaw.com
Cc: Elisa J. Lintemuth, elintenmuth@dykema.com

⊘ Circuit Court Records — 414 Washington Avenue Room 320, Grand Haven, MI 49417 — 616-846-8315
○ CCR - Family Division — 12120 Fillmore Street, West Olive, MI 49460 — 616-786-4108
○ Elections Division — 12220 Fillmore Street Room 130, West Olive, MI 49460 — 616-994-4535
○ Register of Deeds — 12220 Fillmore Street Room 146, West Olive, MI 49460 — 616-994-4510
○ Vital Records — 12220 Fillmore Street Room 130, West Olive, MI 49460 — 616-994-4531

www.miOttawa.org/ClerkROD