# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

**BRETT AND PAULA LEMMEN**
**FAMILY TRUST**, by Brett Lemmen,
Trustee

|  |  |
|---|---|
| Plaintiffs, | Case No. 19-5760-CZ |
|  | Hon. Jon Hulsing |

v

**THE TRAVELERS INSURANCE**
**COMPANY, INC** and **AJ GALLAGHER &**
**COMPANY, INC., dba Gallagher Charter**
**Lakes**, a Michigan Corporation,

Defendants.

/

| | |
|---|---|
| JAMES A. MAREK (P71554) | MICHELE A. CHAPNICK (P48716) |
| **MAREK LAW GROUP, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant Travelers |
| 1 East Apple Avenue #B | 340 E. Big Beaver Road, Ste. 520 |
| Muskegon, MI 49442 | Troy, MI 48083 |
| (231) 722-0531 | (248) 689-3920/(248) 689-4560 – Fax |
| jamesmareklaw@gmail.com | mchapnick@gregorylaw.com |

ELISA J. LINTEMUTH (P74498)
**DYKEMA**
Attorneys for Def. AJ Gallagher
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com

/

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO: CLERK OF THE CIRCUIT COURT AND ALL COUNSEL OF RECORD**

Please take notice that Defendant, Defendant, The Standard Fire Insurance Company

erroneously named as The Travelers Insurance Company, Inc. ("Travelers"), on June 11, 2019

filed in the United States District Court for the Western District of Michigan, Southern Division,

a Notice of Removal of the above-entitled cause from the 20th Judicial Circuit Court (Ottawa) of

the State of Michigan, a copy of which is attached to this Notice, thus effecting removal of the

above-entitled action to the District Court in accordance with 28 USC §1446(d).

Respectfully submitted,

**GREGORY AND MEYER, P.C.**
Attorney for Defendant Travelers

By: /s/ Michele A. Chapnick
  MICHELE A. CHAPNICK (P48716)
  340 E. Big Beaver Road, Ste. 520
  Troy, MI 48083
  (248) 689-3920/(248) 689-4560 -Fax
Dated: June 11, 2019  mchapnick@gregorylaw.com

## PROOF OF SERVICE

The undersigned certifies that on June 11, 2019, a copy of the attached was served upon

James A. Marek via electronic mail through the MiFile/TrueFiling System.   A copy was mailed

by First Class Mail and email to:

AJ Gallagher & Company, Inc.
c/o Elisa J. Lintemuth
**DYKEMA**
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
elintemuth@dykema.com

By: /s/ Michele A. Chapnick
  MICHELE A. CHAPNICK (P48716)
  **GREGORY AND MEYER, P.C.**
  Attorney for Defendant Travelers
  340 E. Big Beaver Road, Ste. 520
  Troy, MI 48083
  (248) 689-3920/(248) 689-4560 -Fax
  mchapnick@gregorylaw.com

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

**BRETT AND PAULA LEMMEN
FAMILY TRUST**, by Brett Lemmen,
Trustee

|  |  |
|---|---|
| Plaintiffs, | Case No. 19-5760-CZ |
|  | Hon. Jon Hulsing |

v

**THE TRAVELERS INSURANCE
COMPANY, INC** and **AJ GALLAGHER &
COMPANY, INC., dba Gallagher Charter
Lakes**, a Michigan Corporation,

Defendants.

/

| | |
|---|---|
| JAMES A. MAREK (P71554) | MICHELE A. CHAPNICK (P48716) |
| **MAREK LAW GROUP, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant Travelers |
| 1 East Apple Avenue #B | 340 E. Big Beaver Road, Ste. 520 |
| Muskegon, MI  49442 | Troy, MI  48083 |
| (231) 722-0531 | (248) 689-3920/(248) 689-4560 – Fax |
| jamesmareklaw@gmail.com | mchapnick@gregorylaw.com |

ELISA J. LINTEMUTH (P74498)
**DYKEMA**
Attorneys for Def. AJ Gallagher
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com

/

## INDEX OF EXHIBITS

Notice of Removal – Doc #1 plus

**EXHIBIT 1**          Complaint

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**BRETT AND PAULA LEMMEN**
**FAMILY TRUST**, by Brett Lemmen,
Trustee

                                  Case No. 19-cv-458

                Plaintiffs,

v

**THE TRAVELERS INSURANCE**
**COMPANY, INC** and **AJ GALLAGHER &**
**COMPANY, INC., dba Gallagher Charter**
**Lakes**, a Michigan Corporation,

                Defendants.

_____/

| | |
|---|---|
| JAMES A. MAREK (P71554) | MICHELE A. CHAPNICK (P48716) |
| **MAREK LAW GROUP, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant Travelers |
| 1 East Apple Avenue #B | 340 E. Big Beaver Road, Ste. 520 |
| Muskegon, MI 49442 | Troy, MI 48083 |
| (231) 722-0531 | (248) 689-3920/(248) 689-4560 – Fax |
| jamesmareklaw@gmail.com | mchapnick@gregorylaw.com |

ELISA J. LINTEMUTH (P74498)
**DYKEMA**
Attorneys for Def. AJ Gallagher
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com

_____/

**NOTICE OF REMOVAL BASED ON DIVERSITY OF CITIZENSHIP**

    **NOW COMES** Defendant, The Standard Fire Insurance Company erroneously named as

The Travelers Insurance Company, Inc. ("Standard Fire"), and pursuant to 28 U.S.C.A §§ 1441

and 1446, hereby files this Notice of Removal of a cause of action filed in the 20th Judicial Circuit

Court (Ottawa County Circuit Court) of the State of Michigan entitled, *Brett and Paula Lemmen*

*Family Trust v. The Travelers Insurance Company, Inc. and AJ Gallagher & Company, Inc.*, Case No. 19-5760-CZ and states:

1.    This action was commenced in the 20th Circuit Court, Ottawa County, Michigan on May 8, 2019 and process as well as the initial pleading setting forth the claim for relief upon which the action is based, was first served on Defendant Standard Fire on May 22, 2019 (**Exhibit 1**, Complaint).

2.    The action is a civil action for breach of contract and pursuant to 28 U.S.C. §2201, 28 U.S.C.A §1332(a)(1) and Rule 57 of the Federal Rules of Civil Procedure, this Court has original jurisdiction over the matter.

3.    Plaintiff's Complaint erroneously identifies The Travelers Insurance Company, Inc. as a Defendant. The policy at issue in this action was issued by The Standard Fire Insurance Company (**Exhibit 2**). Therefore, The Standard Fire Insurance Company ("Standard Fire") is the proper Defendant.

4.    There exists complete diversity of citizenship of the parties. Plaintiff, Brett and Paula Lemmen Family Trust is an individual residing in the State of Michigan (**Exhibit 1 ¶¶** 1, 2). Defendant Standard Fire is a Connecticut corporation with its principle place of business in the State of Connecticut (**Exhibit 3**).  Defendant A.J. Gallagher & Co. is a Delaware corporation (**Exhibit 4**) with its principal place of business in the State of Illinois (**Exhibit 5**).[1]

5.    Standard Fire's counsel has been in contact with A.J. Gallagher's counsel and is informed that Defendant A.J. Gallagher consents to the removal of this action (**Exhibit 6**).

---

[1] Plaintiff erroneously alleges in its Complaint the A.J. Gallagher and Company, Inc. in a duly registered Michigan corporation (**Exhibit 1, ¶** 5).  This is inaccurate based on the corporate filings referenced in Exhibits 4 and 5.

6.      The amount in controversy is in excess of $75,000.  Plaintiff has alleged that it has been damaged in the amount of in excess of $125,000.00 (**Exhibit 1**, Complaint ¶¶ 9, 31, 35, 51, 69, 73 and Wherefore paragraphs).

7.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests, and Plaintiff and Defendant Standard Fire, are citizens of different states.

8.      Venue is proper in this Court pursuant to 28 U.S.C. §102(a)(1) because it is the district and division embracing the place where such action is pending in accordance with 28 U.S.C. § 1441(a).

9.      No previous application has been made for the relief requested herein.

10.      A copy of all process, pleadings, and orders served upon Defendant Standard Fire as well as a Proof of Service of written notice of this Notice of Removal to all adverse parties and a copy of same being filed with the clerk of the State court is being filed with this notice as required by 28 USC §1446(a) and (d).

11.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiff, a copy mailed to Defendant AJ Gallagher and Company, Inc.'s counsel and a copy is also being filed with the Clerk of the Circuit Court for the County of Ottawa, State of Michigan.

**WHEREFORE**, Defendant Standard Fire respectfully requests that this action be removed from the State of Michigan, Circuit Court for the County of Ottawa, to the United States District Court for the Western District of Michigan, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant Standard Fire
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920
P48716
mchapnick@gregorylaw.com

Dated: June 11, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system, and I hereby certify that I have mailed by United States

Postal Service the paper to the following non-ECF participants:

JAMES A. MAREK (P71554)
**MAREK LAW GROUP, PLLC**
Attorneys for Plaintiff
1 East Apple Avenue #B
Muskegon, MI 49442
(231) 722-0531
jamesmareklaw@gmail.com

Clerk of the Court
**Ottawa County Circuit Court**
414 Washington Avenue, Suite 300
Grand Haven, MI 49417

AJ Gallagher & Company, Inc.
c/o Elisa J. Lintemuth
**DYKEMA**
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
elintemuth@dykema.com

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant Standard Fire
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920
P48716
mchapnick@gregorylaw.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**BRETT AND PAULA LEMMEN**
**FAMILY TRUST**, by Brett Lemmen,
Trustee

Case No. 19-cv-458

        Plaintiffs,

v

**THE TRAVELERS INSURANCE**
**COMPANY, INC** and **AJ GALLAGHER &**
**COMPANY, INC., dba Gallagher Charter**
**Lakes**, a Michigan Corporation,

        Defendants.

_____/

| | |
|---|---|
| JAMES A. MAREK (P71554) | MICHELE A. CHAPNICK (P48716) |
| **MAREK LAW GROUP, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant Travelers |
| 1 East Apple Avenue #B | 340 E. Big Beaver Road, Ste. 520 |
| Muskegon, MI 49442 | Troy, MI 48083 |
| (231) 722-0531 | (248) 689-3920/(248) 689-4560 – Fax |
| jamesmareklaw@gmail.com | mchapnick@gregorylaw.com |

ELISA J. LINTEMUTH (P74498)
**DYKEMA**
Attorneys for Def. AJ Gallagher
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com

_____/

## INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT 1** | Complaint |
| **EXHIBIT 2** | Certified Policy |
| **EXHIBIT 3** | Connecticut listing for Standard Fire |
| **EXHIBIT 4** | Delaware listing for AJ Gallagher |
| **EXHIBIT 5** | Illinois listing for AJ Gallagher |
| **EXHIBIT 6** | Email from Lintemuth |

**Exhibit 1**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court
Approved, SCAO

|  | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|

| STATE OF MICHIGAN | | | CASE NO. |
|---|---|---|---|
| 20th | JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | 19-57605Z<br>Hon. Jon Hulsing |

| Court address | Court telephone no. |
|---|---|
| 414 Washington Avenue, Grand Haven, MI 49417 | 616-846-8320 |

| Plaintiff's name(s), address(es), and telephone no(s).<br>BRETT & PAULA LEMMEN FAMILY TRUST<br>ATTN: BRETT LEMMEN | v | Defendant's name(s), address(es), and telephone no(s).<br>Travelers Insurance Company, Inc.<br>One Tower Square<br>Hartford, CT 06183<br><br>P.O. Box 430<br>Buffalo, NY 14240 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>James A. Marek (P71554)<br>1 East Apple Avenue #B<br>Muskegon, MI 49442<br>231-722-0531 | | **CORPORATE LITIGATION**<br>**HARTFORD**<br><br>**MAY 2 2 2019** |

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk. **RECEIVED AM**

### Domestic Relations Case

☑ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ Is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>5/8/2019 | Expiration date*<br>8/7/2019 | Court clerk<br>JUSTIN F. ROEBUCK By: Deborah Hicks |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

| PROOF OF SERVICE | | **SUMMONS** |
| --- | --- | --- |
| | Case No. | 57602 |

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

| CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE |
| --- |

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
| --- | --- | --- |
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
| --- | --- | --- |
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
| --- | --- | --- |
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee | | Signature |
| --- | --- | --- | --- | --- |
| Incorrect address fee $ | Miles traveled $ | Fee | TOTAL FEE $ | Name (type or print) |
| | | | | Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date                                                                         Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

| ACKNOWLEDGMENT OF SERVICE |
| --- |

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

_____ on behalf of _____

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

BRETT AND PAULA LEMMEN
FAMILY TRUST, by Brett Lemmen,
Trustee
     Plaintiff

v.

THE TRAVELERS INSURANCE COMPANY, INC.;
AJ GALLAGHER & COMPANY, INC., dba
Gallagher Charter Lakes, a Michigan
Corporation,
     Defendant(s)

Case No. 19-5760 CZ
Hon. Jon Hulsi

REFILED

MAY 08 2019

JUSTIN F. ROEBUCK
OTTAWA COUNTY CLERK/REGISTER
20th CIRCUIT COURT

---

MAREK LAW GROUP, PLLC.
Attorney for Defendant
1 East Apple Avenue #B
Muskegon, MI 49442
231-722-0531

AJ Gallagher & Company, Inc.
3940 Penninsular Drive SE--#100
Grand Rapids, MI 49546

The Standard Insurance Company
Travelers Property Casualty Company
One Tower Square
Hartford, CT 06183

---

## COMPLAINT

Now comes Brett and Paula Lemmen Family Trust, by and through their appointed Trustee, Brett Lemmen, as represented by Marek Law Group, PLLC, and brings this Complaint for damages against the afore-referenced Defendant's, jointly and severally, and in support hereof, provides as follows:

### GENERAL AVERMENTS

1. Brett Lemmen is an individual residing in the County of Ottawa, State of Michigan, and has been at all times relevant to this Complaint.

2. Brett Lemmen is the duly appointed Trustee of the Brett and Paula Lemmen Family Trust,("Lemmen") a duly executed Trust, recognized and formed in the State of Michigan, and has been at all times relevant to this Complaint.

3. Travelers Insurance Company, Inc., a Travelers Property Casualty Company, ("Travelers") is a duly registered Corporation, being duly registered for business in the State of Michigan, County of Ottawa, and was at all times relevant to this Complaint.

4. At all times relevant to this Complaint, Travelers Insurance Company, Inc., a Travelers Property Casualty Company, conducted business in the County of Ottawa, State of Michigan, sought business in the County of Ottawa, State of Michigan, and did issue insurance coverage to individuals and entities located in the County of Ottawa, State of Michigan.

5. A.J. Gallagher and Company, Inc., doing business as Gallagher Charter Lakes, ("Gallagher"), is a duly registered Michigan Corporation, conducting business in and throughout Ottawa County, Michigan, and was doing so at all times relevant to this Complaint.

6. Lemmen is the lawful and titled owner of a 2017 Sunseeker Manhattan motor yacht, Hull ID No. XSK06701c617, which yacht was and has been insured by Travelers at all times relevant to this Complaint, for damages, loss and protection.

## COUNT I
### COMPLAINT FOR DECLARATORY JUDGMENT

7. The Plaintiff restates and re-alleges paragraphs 1-6 of General Averments, as this paragraph 7 of Count I.

8. This action arises out of an insurance policy, Policy No. 6016954398401, entered into by and between the Lemmen and Travelers, on or about November 1, 2017. A true and correct copy of said insurance policy is attached hereto as Exhibit A.

9. The amount in controversy in this matter exceeds $125,000.00.

10. The policy of insurance is for protection afforded a 2017 Sunseeker Manhattan motor yacht, Hull ID No. XSK06701c617, owned and operated by Lemmen.

11. The policy of insurance, by its stated terms, was in effect from November 9, 2017 through November 9, 2018, and afforded insurance coverage to Plaintiff, by Traveler's, against liability, damages, towing fees, and other financial and property loss associated with the covered yacht.

12. The policy of insurance, by its stated terms, did provide certain additional policy
coverage for Navigational Warranty Endorsements covering "one way delivery trip
leaving Ft. Lauderdale, FL on or about April 1, 2018, via Atlantic Waters to New York,
then via Hudson River and Erie Canal, Lake Ontario, Lake Huron, and Lake Michigan
to Grand Haven, MI. Deductible during trip is 1%." See attached Exhibit A,
incorporated herein by reference.

13. During a trip that occurred between November 9, 2017- and November 9, 2018, from
Florida to Michigan, the Plaintiff and applicable yacht, ran aground and sustained
certain damages, fees, and salvage fees.

14. Plaintiff has sought coverage for damages sustained to the yacht, and other towing and
salvage fees, pursuant to and under the stated insurance policy, as a result of an
accident occurring during travels from Florida to the State of Michigan.

15. Travelers have denied coverage to Plaintiff for the claimed damages, fees and salvage
fees.

16. Plaintiff has filed a formal notice of claim, and claim for coverage with Travelers, and
no coverage has been granted.

17. Under the afore-stated facts, there is an actual controversy that has arisen between the
stated parties of record, and additional claims and litigation may be avoided if all
pending issues and claims, including whether the applicable policy of insurance covers
the claims made by Plaintiff are determined by this Court at one time.

18. This Court has power under MCR 2.605 to adjudicate the matters at issue and enter its
Judgment declaring the rights of all parties to this action.

19. It is necessary for this Court to adjudicate and declare the rights of the parties to this
action to guide Plaintiff's future conduct and preserve legal rights under the applicable
insurance policy. This Court's determination will further resolve the Plaintiff's other
claims and causes of action set forth herein.

**WHEREFORE,** Plaintiff, respectfully prays that this Court Order that the Defendant,
Standard, has and shall provide coverage for all claims asserted by Plaintiff that arose as a
result of Plaintiff's travels between Florida and Michigan, and for such other and further relief
as is deemed just and equitable.

Page 3 of 12

## COUNT II
### BREACH OF CONTRACT

20. The Plaintiff's restate and re-allege paragraphs 1-19 of General Averments and Count I, as this paragraph 20 of Count II.

21. By and between 11-9-2017, and current, Lemmen did moor and keep the afore-referenced Sunseeker Yacht in the State of Florida, and the State of Michigan.

22. Lemmen purchased the afore-referenced Yacht and took delivery of same in the State of Florida.

23. Lemmen between November 9, 2017, and November 9, 2018, did need to transport the subject Yacht from the State of Florida, to the State of Michigan, via navigable waters between Florida and Michigan, and Travelers was aware of and did allow said travels.

24. Pursuant to the purchase of the yacht, and the travels between Florida and Michigan, (and continuing to date), Lemmen sought Boat/Yacht insurance coverage covering their travels, the applicable yacht, and any damages that might arise to the yacht, from Standard.

25. Standard agreed to provide damage and other insurance coverage pursuant to the issuance of policy number 06016954398401, covering the subject yacht and applicable parties.

26. Standard agreed to provide such coverage for a period of time, inclusive of November 9, 2017-November 9, 2018.

27. Standard agreed to provide the applicable insurance coverage in exchange for the payment of a "Yacht Total Premium" from Lemmen to standard, in the base amount of $7,478.00, plus applicable riders and other increases of approximately $2,000.00.

28. Lemmen did tender payment in full for the insurance coverage.

29. In addition to the agreed upon base insurance coverage, Standard agreed to provide certain Navigational Warranty Endorsements covering "one way delivery trip leaving Ft. Lauderdale, FL on or about April 1, 2018, via Atlantic Waters to New York, then via Hudson River and Erie Canal, Lake Ontario, Lake Huron, and Lake Michigan to Grand

Haven, MI. Deductible during trip is 1%." See attached Exhibit A, incorporated herein by reference.

30. Lemmen travelled between Florida and the State of Michigan on or about April 1, 2018, and June 1, 2018, and did experience damage, salvage and towing fees for and to the yacht as a result of an accident sustained to the yacht.

31. Lemmen, as a result of the sustained damages, towing fees and salvage fees for the yacht, did incur in excess of $125,000.00 in expenses and claims.

32. Lemmen filed a notice of claim requesting reimbursement and coverage for the applicable damages and towing fees to the yacht, and said claim was denied.

33. The denial of the claims brought by Lemmen was and is a breach of the insurance claim coverage under policy number 6016954398401.

34. Travelers has breached the agreement between the parties as a result of their denial of coverage, and said breach is intentional, knowing and without just cause or reason.

35. The Plaintiff has sustained damages in excess of $125,000.00, plus attorney's fees and costs, and Travelers is liable for same.

36. The breach of the insurance agreement, by and between Lemmen and Travelers has resulted in Lemmen incurring the afore-stated damages, and these damages would not have been incurred, but for the breach by Travelers.

**WHEREFORE,** the Plaintiff, Brett and Paula Lemmen Family Trust, respectfully request that this Honorable Court enter an Order:

A.    Awarding a sum certain to Plaintiff, from Travelers in an amount certain in excess of $125,000.00;

B.    Awarding all attorneys fees and costs incurred by Plaintiff in pursuit of this action, to Plaintiff from Defendant;

C.    Awarding such other and further relief as is deemed just and equitable

)

## COUNT II
### INTENTIONAL MISREPRESENTATION

37. The Plaintiff restates and re-alleges paragraphs 1-36 herein, as this paragraph 37.

38. Travelers is in the business of providing insurance coverage for yachts and other motorized vehicles, including coverage for claims arising out the operation and travels of the yacht.

39. In November 2017, the Plaintiff sought insurance coverage for the afore-referenced Sunseeker yacht, seeking coverage for travels, damages, and liability related to the yacht operation, including travel in Florida, Bahamas and between Florida and Michigan.

40. In November 2017, Plaintiff and Travelers agreed that Travelers would provide insurance coverage for the yacht and its respective travels.

41. In November 2017, Travelers represented to Plaintiff, that they would provide coverage covering "one way delivery trip leaving Ft. Lauderdale, FL on or about April 1, 2018, via Atlantic Waters to New York, then via Hudson River and Erie Canal, Lake Ontario, Lake Huron, and Lake Michigan to Grand Haven, MI. Deductible during trip is 1%." See attached Exhibit A, incorporated herein by reference.

42. During the negotiations and discussions regarding insurance coverage for the applicable yacht, Plaintiff did inform Travelers that he would be travelling with the yacht between Florida and Michigan, on or about April 1, 2018, and needed coverage for said travels.

43. During the negotiations and discussions regarding insurance coverage for the applicable yacht, Travelers did affirmatively represent to Plaintiff that they would provide travel coverage for the applicable yacht, for travels between Florida and Michigan, on or about April 1, 2018.

44. On or about November 9, 2017, Travelers did represent to Plaintiff's, that they would provide insurance coverage, covering claims for damages, towing fees, salvage fees, and other miscellaneous costs associated with the subject yacht set forth herein above.

45. On or about November 9, 2017, Travelers did confirm said representations to Plaintiff's by providing written proof of insurance, setting forth the dates, times, and other parameters of the insurance coverage being provided.

46. Travelers intentionally misrepresented to Plaintiff, that Plaintiff would have applicable insurance coverage for any claims, damages, or other liabilities that arose to and against the yacht or Plaintiff during his travels to and from Florida and Michigan.

47. Travelers representations were false when they were made.

48. Travelers knew, or should have known that its representations were false when they were made or it made them recklessly without knowing whether they were true.

49. Travelers intended that Plaintiff rely on the representations, and the Plaintiff did rely upon said representations.

50. Plaintiff did rely on the representations made by Defendant, and did pay for and secure what he believed was applicable insurance coverage for his yacht and travels.

51. As a result of Travelers fraudulent misrepresentations, Plaintiff has suffered substantial economic losses in excess of $125,000.00, plus attorney's fees, costs and expenses.

**WHEREFORE,** the Plaintiff's respectfully request Judgment be entered in their favor, and against Travelers, in an amount in excess of $125,000.00, plus attorneys fees, costs and expenses, and for such other and further relief as is deemed just and equitable.

## COUNT III
### INNOCENT MISREPRESENTATIONS

52. The Plaintiff restates and re-alleges paragraphs 37-51 as this paragraph 52.

53. Travelers representations, as set forth in paragraphs 37-51, were made in connection with the making of a contractual agreement between Plaintiff and Defendant.

54. Plaintiff would not have entered into the contractual agreement with Travelers, if Travelers had not made the representations set forth herein.

55. Plaintiff suffered substantial economic losses as a result of entering into the contractual agreement with Standard, and the agreement benefited Travelers.

**WHEREFORE**, the Plaintiff respectfully request Judgment be entered in their favor, and against Travelers, in an amount in excess of $125,000.00, plus attorneys fees, costs and expenses, and for such other and further relief as is deemed just and equitable.

## COUNT IV
## EXEMPLARY DAMAGES

56. Plaintiff incorporates paragraphs 37-55 as this paragraph 56.

57. Travelers representations were made intentionally and maliciously and have caused Plaintiff to suffer humiliation, outrage and indignation.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment in Plaintiff's favor, against Travelers:

A.     For compensatory damages in an amount that is in excess of $125,000.00, plus attorneys fees and costs, and that is sufficient to compensate Plaintiff for his actual, consequential and incidental losses sustained as a result of Travelers wrongful actions;

B.     Award exemplary damages in an amount in excess of $125,000.00 resulting from Defendant's intentional and malicious actions,

C.     Award all interest, costs and reasonable attorney fees;

D.     Award such other and further relief as is deemed just and equitable.

## COUNT V
## PROMISSORY ESTOPPEL

58. The Plaintiff restates and re-alleges paragraphs 1-57 as this paragraph 58.

59. The Defendant, Travelers is engaged in the business of providing yacht insurance coverage for motorized yachts.

60. The Plaintiff owns and operates a motorized yacht as set forth herein above.

61. On or about November 9, 2017, Travelers explicitly promised Plaintiff that if Plaintiff tendered an insurance premium payment, that Travelers would provide insurance coverage covering any claims for damages, reimbursement, towing and salvage fees associated with the subject yacht.

62. On or about November 9, 2017, Travelers explicitly promised Plaintiff that Plaintiff
would be provided insurance coverage for "one way delivery trip leaving Ft.
Lauderdale, FL on or about April 1, 2018, via Atlantic Waters to New York, then via
Hudson River and Erie Canal, Lake Ontario, Lake Huron, and Lake Michigan to Grand
Haven, MI. Deductible during trip is 1%." See attached Exhibit A, incorporated herein
by reference.

63. Travelers promise to provide coverage and to tender payment for related claims, was
clear, definite, and unequivocal, and was specifically made to induce Plaintiff to tender
the applicable insurance premium for the stated period, and to travel between Florida
and Michigan.

64. In reliance upon the promises made by Travelers, and to the detriment of Plaintiff, the
Plaintiff did pay all applicable insurance premiums, and did travel between Florida and
Michigan with his yacht.

65. Unfortunately, during Plaintiff's travels between Florida and Michigan, the covered
vessel, and Plaintiff incurred an accident, which caused accidental damages, loss and
liabilities to the vessel and Plaintiff.

66. Despite Plaintiff's demands for insurance coverage, payment of all claims and expenses,
Travelers has refused to make payment to Plaintiff, or any third party claimants against
Plaintiff.

67. To avoid manifest injustice, this Court must specifically enforce Travelers promises to
Plaintiff to cover all damages, losses and liabilities incurred by Plaintiff to the yacht.

68. At the time of making the promises to Plaintiff, and inducing action on Plaintiff's part,
Travelers could and should have reasonably foreseen that their failures to perform
pursuant to the promise would cause Plaintiff to suffer damages in the nature of those
actually sustained by Plaintiff.

69. As a direct and proximate result of Defendant's failure to perform, Plaintiff has suffered
damages in excess of $125,000.00, plus attorney's fees and costs.

70. Plaintiff is entitled to a Judgment in his favor, and against Travelers, compelling specific
performance by Travelers of covering all damages sustained by Plaintiff during and as a
result of his yacht's travels.

·' **WHEREFORE,** the Plaintiff respectfully prays that this Honorable Court enter a Judgment in his favor, and against Standard:

A.      Compelling Travelers to cover all damages and liabilities sustained by Plaintiff as a result of any accident occurring during his travels from Florida to Michigan; or in the alternative

B.      To render Judgment in favor of Plaintiff against Travelers, in the amount of $125,000.00, plus attorneys fee and costs;

C.      For such other and further relief as is deemed just and equitable.

### COUNT VI
### COMPLAINT FOR ERRORS & OMISSIONS AGAINST
### AJ GALLAGHER & COMPANY, INC., (dba Gallagher Charter Lakes)
### a Michigan Corporation,

71. The Plaintiff restates and re-alleges paragraphs 1-70 as this paragraph 71.

72. At all relevant times hereto, Defendant, Gallagher, was an insurance agency licensed by the State of Michigan and doing business in and through the County of Ottawa, State of Michigan.

73. The amount in controversy hereof, exceeds $125,000.00.

74. At all relevant times hereto, Gallagher employed various insurance agents and associate entities, including but not limited to, Marc(k) VanEpps, and, or AJ Gallagher RMS and gave him, her or they, the actual or apparent authority to act on behalf of Gallagher in selling insurance as a licensed insurance agent or agency for customers of Charter.

75. At all relevant times, Lemmen was the lawful titled owner of a 2017 Sunseeker Manhattan motor yacht, Hull ID No. XSK06701c617, which vessel was located in the State of Florida, and the State of Michigan, with its home mooring location as Ottawa County, Michigan.

76. Lemmen advised Gallagher or Gallaghers agents, in the course of his/her employment for Defendant agency, that they needed insurance on the motor yacht, and needed insurance covering travels between the State of Florida, and the State of Michigan,

.. which would allow them to travel in the various waterways between Florida and Michigan, commencing on or about April 1, 2017.

77. Gallagher and/or its agents promised Plaintiff that they would secure an insurance policy that covered damages, loss and liabilities that arose as a result of the applicable travels between Florida and Michigan, commencing on or about April 1, 2017.

78. Lemmen reasonably relied Gallaghers representations, and based on those representations, Lemmen purchased the insurance policy recommended by Gallagher and/or its agents.

79. On or about May 8, 2018, Lemmen did sustain certain damages and liabilities that resulted from an unintentional grounding of the motor yacht as Lemmen sought safety from storms and unfavorable conditions.

80. Lemmen timely notified Gallagher and Travelers of the damages and liabilities sustained by Lemmen, and submitted their claims therefore.

81. After the subject losses, Lemmen ascertained that, apparently, no coverage existed for his travels as was previously sought, and as a result, Travelers and Gallagher claim that no coverage exists and no claims will be paid.

82. At all times relevant hereto, Gallagher and/or its agents, owed Lemmen the following duties, listed by way of example and not intended to be exclusive, to wit:

    a. To not misrepresent the nature or extent of the coverage offered or to be procured;

    b. To clarify any ambiguous or incapable activities or requests;

    c. To properly and accurately complete all necessary forms and follow all proper procedures in obtaining insurance coverage on the motor yacht;

    d. To take all appropriate measures so that the policy of insurance provided the requested coverage consistent with the representations made to Lemmen;

    e. To make accurate representations and to not deceive, mislead, misrepresent, or take unilateral actions with or upon any information or policy related issues that might arise;

    f. To advise Lemmen if the insurance coverage issued by Travelers did not

cover the property for its travels a requested by Plaintiff;

g.     To provide insurance services and to procure insurance coverage consistent with their representations;

h.     To provide proper insurance coverage, based upon the Plaintiff's needs and stated travels, and to not improperly modify, limit, change or otherwise alter those coverages or representations.

83. Gallagher breached their duties, among others, and were therefore negligent in their fiduciary and other duties to Lemmen.

84. As a direct and proximate result of Gallagher's negligence, Lemmen has suffered substantial losses that were not insured or were underinsured, or improperly insured, under the insurance coverage provided, despite Gallagher having represented to Lemmen that the motor yacht would be fully and properly covered for any sustained damages that might arise during its travels between Florida and Michigan.

85. As a further direct and proximate result of Defendant's negligence, Plaintiff has also sustained consequential damages, including attorney fees and legal expenses.

**WHEREFORE,** the Plaintiff, respectfully prays that this Honorable Court enter Judgment in favor of Plaintiff, against Gallagher, for whatever amount in excess of $125,000.00, the Court deems fair, just and equitable, including consequential damages, plus interest, costs and attorney fees, and for such other and further relief as is just and equitable.

May 8, 2019

Brett and Paula Lemmen Family Trust, by its attorney, James A. Marek

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

**BRETT AND PAULA LEMMEN FAMILY TRUST**, by Brett Lemmen, Trustee

                    Plaintiffs,           Case No. 19-5760-CZ

                                                      Hon. Jon Hulsing

v

**THE TRAVELERS INSURANCE COMPANY, INC** and **AJ GALLAGHER & COMPANY, INC., dba Gallagher Charter Lakes**, a Michigan Corporation,

                    Defendants.

_____/

| | |
|---|---|
| JAMES A. MAREK (P71554) | MICHELE A. CHAPNICK (P48716) |
| **MAREK LAW GROUP, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant Travelers |
| 1 East Apple Avenue #B | 340 E. Big Beaver Road, Ste. 520 |
| Muskegon, MI 49442 | Troy, MI 48083 |
| (231) 722-0531 | (248) 689-3920/(248) 689-4560 – Fax |
| jamesmareklaw@gmail.com | mchapnick@gregorylaw.com |

ELISA J. LINTEMUTH (P74498)
**DYKEMA**
Attorneys for Def. AJ Gallagher
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com

_____/

## INDEX OF EXHIBITS

Exhibits to Notice of Removal – Doc #1

    **EXHIBIT 2**            Certified Policy

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.135   Page 25 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.21   Page 1 of 74

**Exhibit 2**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.136   Page 26 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.22   Page 2 of 74



**TRAVELERS**

This is to certify that this is a reproduction, from the Company's records, of the insurance policy between the insured and the insuring company as described in the Declaration Page. It is a full, true and complete reproduction of the insurance policy. No insurance is afforded hereunder.

_____
Todd Shasha -- Managing Director, Travelers Boat & Yacht Insurance

_____
Date

State of Connecticut
County of Hartford

Notary Public _____
Mark D. Zadrick

Commission Expires : 01/31/2021

MARK D. ZADRICK
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 1/31/2021

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court
Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.137   Page 27 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.23   Page 3 of 74



A J GALLAGHER RMS
3455 E PARIS SE
GRAND RAPIDS, MI 49512
00019

BRETT LEMMEN & PAULA LEMMEN
19045 ELIZABETH CT
SPRING LAKE  MI 49456-9662

Dear Customer:

Enclosed is your declaration page and related documents.  If you have any
questions regarding any of them, please contact your Company representative.

PL-8579 3-94

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.138   Page 28 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.24   Page 4 of 74

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court
Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.139   Page 29 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.25   Page 5 of 74

# TRAVELERS↲

**Policy Number**   601695439 840 1
**Policy Period**    11/09/17 - 11/09/18
12:01 AM STANDARD TIME AT THE RESIDENCE PREMISES

BRETT & PAULA
LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456

December 6, 2017

# Welcome to Travelers!

As a Travelers insurance customer, you have more than 160 years of experience, financial stability and superior claim service behind you. You can feel protected - especially when you need us most.

## Review your policy documents

No one understands your needs better than you. So take a moment to carefully review and confirm your new yacht insurance policy details.

Please note:

- Your policy provides coverage in the navigational territory specified on your declarations page. If navigation occurs outside of the specified territory, coverage will not apply.

- If your vessel has a lay-up period specified on your declarations page, it must be "out of commission" and cannot be navigated at all during that time.

- During hurricane season, if your vessel is located in any coastal area from North Carolina to the Texas/Mexico border, windstorm deductibles may apply.

### Contact Information

| | |
|---|---|
| Policy questions or changes . . . . . . | 616.975.3500 |
| 24 hour claim service . . . . . . . . . | 1.800.CLAIM33 |
| | 1.800.772.4482 |
| Billing and Payment Information . . . | 1.800.550.7716 |
| Online service . . . . . . . . . . . | mytravelers.com |

### Go Digital

MyTravelers.com is your source for quick, easy, paperless service on any device:

- Manage your payments
- Submit a claim
- Review all the documents in this package online

**Sign up today at MyTravelers.com!**

If you decide to change your navigational territory, lay-up period, or repower your vessel, please notify your agent or a Travelers representative immediately to maintain the coverage you need.

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. For more information about boat or yacht insurance, go to Travelers.com/boat.

Thank you for choosing Travelers to help you protect what matters. It's Better Under the Umbrella®.

Sincerely,

*Michael Klein*

Michael Klein
President
Personal Insurance

PL-17827  (02-17) NB Yacht

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.140   Page 30 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.26   Page 6 of 74

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.141   Page 31 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.27   Page 7 of 74

## PRIVACY NOTICE

### Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| What type of information do we collect? | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following: |
| --- | --- |
| | - Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others. |
| | - Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers. |
| | - Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection. |
| | - Information from government agencies or independent reporting companies. |
| | - Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s). |
| | - In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor. |



PL-11952  08-17

Page 1 of 3

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.142   Page 32 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.28   Page 8 of 74

| How do we use your personal information? | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law. |
|---|---|
| | Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information. |
| | When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| How do we share your personal information? | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent. |
| | We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others. |
| | We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| How do we protect your personal information? | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.143   Page 33 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.29   Page 9 of 74

| How can I review and correct the personal information you have about me? | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency. |
|---|---|
| | You may also see and copy the information we have, except for certain documents about claims and lawsuits. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments. |
| | For questions about the right of access or correction to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.



PL-11952  08-17

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.144   Page 34 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.30   Page 10 of 74

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.145   Page 35 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.31   Page 11 of 74

## NOTICE

Thank you for trusting us with your insurance. We are committed to providing you excellent service at a competitive price. A lot of information is used to determine your price, including information about your credit and claim histories. We are required to tell you that based on the information we received, you did not receive our best rating classification. Your price is competitive and accurate based on your unique characteristics. Please refer to the reverse side of this page for the details from your credit history affecting your price.

The consumer reporting agency(ies) that provided information about you:

```
Insurance Score (Credit History) Information:
TransUnion National Disclosure Center
P.O. Box 1000
Chester, PA 19022
1-800-645-1938
www.transunion.com
```

**Remember:**

- You have the right to a free copy of the consumer report(s) listed above. Simply contact the agency(ies) listed above within 60 days of receipt of this notice.

- You have the right to dispute the accuracy or completeness of any information in a consumer report. Simply contact the agency to discuss or dispute any information in the report.

- The consumer reporting agency(ies) did not make the pricing determination and cannot answer questions regarding your Travelers policy.

- Notify us if your information changes. We will reevaluate your situation, which could save you money.



PL-11954  05-10

The information from your credit report is used to create an insurance score. Your insurance score was impacted by:

* Length of credit history (measured by the average age and oldest age of accounts listed).

* Recent customer initiated credit check(s).

To learn more about how your credit relates to your insurance policy please contact our Insurance Score Resource Center at 1-800-550-7717. For any other questions, please contact your Travelers agent or representative.

Please note: this information does not necessarily reflect a poor or average credit standing.

PL-11954  05-10 (back)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.147   Page 37 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.33   Page 13 of 74

---

## IMPORTANT NOTICE

---

### Storm Safety Tips to Protect Your Boat

Nothing can be more frightening to a boat owner than to hear that a hurricane warning has been issued for the area where your boat is located. Being prepared can limit uncertainty and reduce damage.

**Here are some tips to help protect your boat prior to the storm's arrival.**

- If possible, haul the vessel from the water on its own trailer or in collaboration with your marina.

- If you are unable to check the vessel, have a plan in place to ensure that the vessel can be secured.

- If the boat remains in the water, remove as much boating gear as possible including electronics and important documents.

- Double up all lines and check that the lines are long enough to accommodate the expected storm surge. Add chafe gear and extra fenders to prevent damage.

- If the boat is staying on its mooring, add chafe gear to the anchor rode and if feasible, add additional anchors in a three point position.

- Reduce wind damage by removing sails, dodgers, dinghies, bridge enclosures and eisenglass.

- Disconnect shore power cords, water supply hoses and close off any propane or other valves.

- If possible & prudent, navigate the vessel inland to a secure location away from possible storm surge damage and from boats that could break away from their mooring or slip.

- Secure and lock all hatches and portlights. Double check for leaks and seal as necessary if a leak is found.

- Secure all loose gear and any item that may clog scuppers and deck drains.

- When in doubt "Haul her out".

- Never stay aboard during the storm.

- If the vessel sustains damage from a storm, report the claim in a timely fashion!



**PN40004  (08-12)**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.148   Page 38 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.34   Page 14 of 74

**THE STANDARD FIRE INSURANCE COMPANY**

---

## IMPORTANT NOTICE

---

### Coverage Validation
### Navigational Territories, Vessel Valuations, Outboard Motor Repowering

**Navigational Territory**

It is very important to ensure that the correct navigational territory has been applied to your policy. Since the Navigational Territory is a WARRANTY in the contract, failure to have the correct territory for vessel operation could result in an uncovered loss. Navigational territory is located on page 2 of your policy declarations page under the section titled **Navigational Information**.

If the waters navigated are affected by tides, or entail use on intercoastal and/or brackish waters (mixture of salt & fresh), the policy should be rated as <u>Coastal</u> navigation versus Inland navigation. For example, most bays and inlets should be rated as Coastal navigation, as they typically consist of salt water or "brackish" water.

**Vessel Valuations**

Even though Travelers policies are generally "Agreed Value" policies for the hull, it is very important for you to review your policy coverages regularly, including the vessel's value. Insuring to current market value provides peace of mind that adequate coverage is in place at a premium that reflects the inherent value of the vessel. Please note that a recently purchased boat is insured per the purchase price.

Vessel values will generally increase only after capital-investment improvements are made. "Tuning-up" a vessel for the season and performing normal maintenance do not constitute "capital improvements" for valuation purposes.

Examples of capital improvements would include adding new electronic systems to a vessel that did not exist before; or completing an overhaul of the existing vessel that would entail replacing older items with newer items.

**Outboard Motor Repowering**

When repowering your vessel, it is important to <u>**contact your agent immediately**</u> to ensure coverage is in place for the new motors. A repowered vessel with new outboard engines is considered a capital improvement, and would require valuation adjustments to the hull and equipment value to ensure adequate coverage is in place for the new engines. The existing hull and equipment valuation already includes a value for the old engines; the re-adjusted valuation would reflect the increase in value of the new engines over the old.

If you have any questions regarding your policy, please contact your agent or Travelers representative.

---

This brief summary does not change any provisions of the actual policy. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between the policy and this summary, the provisions of the policy will apply.

PL-17286 05-15                                    Page 1 of 1

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.149   Page 39 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.35   Page 15 of 74

---

## IMPORTANT NOTICE

---

## MICHIGAN SUPPLEMENTAL CONSUMER INFORMATION

As you know we obtained a credit based insurance score at the time we quoted your policy. We use your credit history in connection with our financial history measurement program or credit-scoring program to measure your risk of having an insurance loss. We use your credit-based insurance score, in combination with other factors, to rate and underwrite your policy.

If you believe that your credit information has been adversely impacted by an extraordinary life circumstance, you may request that we consider this when using your credit information.

These extraordinary life circumstances may include:

- Catastrophic event, as declared by the federal or state government.
- Serious illness or injury, or serious illness or injury to an immediate family member.
- Death of a spouse, child, or parent.
- Divorce or involuntary interruption of legally owed alimony or support payments.
- Identity theft.
- Temporary loss of employment for a period of 3 months or more, if it results from involuntary termination.
- Military deployment overseas.
- Predatory lending resulting in the foreclosure of, or commencement of proceedings or an action to foreclose, a mortgage of real property owned by the insured or insurance applicant.
- Other events as determined by us.

We may require you to provide reasonable documentation of this circumstance and explain how it has negatively affected your credit.

For all questions and inquiries please contact our Insurance Resource Center at 1-800-550-7717.



PL-16308 03-13

Page 1 of 1

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.150   Page 40 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.36   Page 16 of 74

## IMPORTANT NOTICE ABOUT BILLING OPTIONS AND DISCLOSURES

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in monthly installments and will be billed by mail / email. Please note that a service charge of $5.00 will apply per installment. In the event that your payment is returned by your bank, you will be charged a fee of $25.00. If a payment is late we may require the total balance on your account be paid, in order to continue coverage.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Pay In Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $ 1.00 | No Charge |
| Recurring Credit Card (RCC) | $ 1.00 | No Charge |
| Bill by Mail / Email | $ 5.00 | No Charge |

Payments returned by your bank: $25.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at (616)975-3500.

PL-14216 Rev. 7-16

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.151   Page 41 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.37   Page 17 of 74



## BOAT/YACHT INSURANCE IDENTIFICATION CARD        TRAVELERS J

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                    Effective Date
0601695439 8401                  11-09-17
Not valid more than one year from Effective Date.

Year     Manufacturer
2017     SUNSEEKER

Model                            Hull Identification Number (HIN)
MANHATTAN                        XSK0670lC617

Agent
A J GALLAGHER RMS
3455 E PARIS SE
GRAND RAPIDS MI 49512

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04          See Important Notice On Reverse Side


## BOAT/YACHT INSURANCE IDENTIFICATION CARD        TRAVELERS J

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                    Effective Date
0601695439 8401                  11-09-17
Not valid more than one year from Effective Date.

Year     Manufacturer
2017     SUNSEEKER

Model                            Hull Identification Number (HIN)
MANHATTAN                        XSK0670lC617

Agent
A J GALLAGHER RMS
3455 E PARIS SE
GRAND RAPIDS MI 49512

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04          See Important Notice On Reverse Side

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.152   Page 42 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.38   Page 18 of 74

**IN CASE OF AN ACCIDENT**

\* Call Travelers immediately

1-800-772-4482 toll free, 24 hours a day.

\* Only discuss the accident with proper authorities or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL  (616) 975-3600**

Travelers, One Tower Square, Hartford, CT 06183

**For Claims,
Immediately call:
800-772-4482**

---

**IN CASE OF AN ACCIDENT**

\* Call Travelers Immediately

1-800-772-4482 toll free, 24 hours a day.

\* Only discuss the accident with proper authorities or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL  (616) 975-3600**

Travelers, One Tower Square, Hartford, CT 06183

**For Claims,
Immediately call:
800-772-4482**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.153   Page 43 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.39   Page 19 of 74



# YOUR TRAVELERS YACHT POLICY

# from Travelers

**Especially for:**

**BRETT & PAULA LEMMEN FAMILY TRUST**



44101

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.155   Page 45 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.41   Page 21 of 74

# TRAVELERS YACHT POLICY

**TRAVELERS**

The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

| Named Insured | Your Agent's Name and Address |
|---|---|
| BRETT & PAULA LEMMEN FAMILY TRUST<br>19045 ELIZABETH CT<br>SPRING LAKE, MI 49456-9662 | A J GALLAGHER RMS<br>3455 E PARIS SE<br>GRAND RAPIDS, MI 49512 |

| | | |
|---|---|---|
| **Your Policy Number:** | 601695439 840 1 | **For Policy Service Call:** (616) 975-3500 |
| **Transaction Premium:** | $7,478.00 | **For Claim Service Call:** 1-800-772-4482 |
| **Total Policy Premium:** | $7,478.00 | **For Billing Questions Call:** 1-800-550-7716 |

| | |
|---|---|
| **Policy Period**<br>From: 11-09-17 To: 11-09-18   12:01 A.M.<br>Standard Time at the Residence Premises | **Transaction Type** New Business<br><br>**Transaction Number** 1 |

## Yacht Description

| # | Year | Length | Manufacturer | Model | HP | Hull ID |
|---|------|--------|--------------|-------|-----|---------|
| 1 | 2017 | 65' | SUNSEEKER | MANHATTAN | 2400 | XSK06701C617 |

| Coverages | Amount of Insurance/<br>Limit of Liability | Deductible | Premium |
|---|---|---|---|
| **Section Three**<br>  Yacht, Auxiliary Equipment<br>  and Dinghy Coverage<br>  Dinghy | $ 1,960,000<br><br>Included if 16<br>feet or under<br>and 50 hp or less | $ 19,600<br><br>$ 250 | $ 4,901.00<br><br>Included |
| **Section Four**<br>  Personal Property | $ 5,000 | $ 250 | Included |
| **Section Five**<br>  Commercial Towing<br>  and Assistance | $ 1,500 | None | Included |
| **Section Six**<br>  Protection and Indemnity<br>  Accidental Fuel Spill<br>  Coverage | $ 1,000,000<br>Per Policy Language | None<br>None | $ 501.00<br>Included |
| **Section Seven**<br>  Medical Payments | $ 10,000 | None | Included |
| **Section Eight**<br>  Uninsured Boater | $ 1,000,000 | None | Included |
| **Section Nine**<br>  Longshoremen's & Harbor<br>  Workers' Compensation | Statutory Limits | None | Included |



Authorized Signature_____

Insured Copy

Continued on next page

44101 (01-09)   413/0WY630  DEC#: 1

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.156   Page 46 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.42   Page 22 of 74

## Policy/Endorsements

| 44101 | (01-09) Travelers Yacht Policy Jacket   | $   115.00 |
|-------|-----------------------------------------|------------|
| 44108 | (09-08) Paid Crew Endorsement           | Included   |
| 44116 | (09-08) Additional Insured Endorsement  | Included   |
| 44126 | (11-99) Navigational Warranty Endorsement | Included |
| 44130 | (11-99) Special Amendatory Endorsement  | 1,961.00   |
| 44142 | (09-08) Special Trip Endorsement        | Included   |
| 44155 | (09-08) Mechanical Breakdown Coverage   | Included   |

| **Yacht Total Premium** | $   7,478.00 |
|-------------------------|--------------|

## Navigational Information

Navigational Territory: It is hereby warranted that the Insured Yacht shall be confined to the waters indicated below.

Great Lakes and tributaries, including the St. Lawrence River and tributaries south of Quebec City, Canada, and the inland lakes, rivers and non-tidal waters of the 48 contiguous United States and Canada not north of 52 degrees north latitude.

## Lay Up Period

It is hereby warranted that the insured boat shall be laid up and out of commission from 11-01 through 04-01.

## Additional Insured #1

GRAND ISLE MARINA
1 GRAND ISLE DR
GRAND HAVEN, MI 49417

## Bill Method   Installment Payments Billed to Insured

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Continued on next page

44101 (01-09)   413/0WY630   DEC#: 1

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

## TRAVELERS YACHT POLICY        TRAVELERS⌂

Name Insured:   BRETT & PAULA LEMMEN FAMILY TRUST
Policy Number:  601695439 840 1
Policy Period:  11-09-17 To: 11-09-18
Effective Date: 11-09-17
Yacht Number:   01

---

## For Your Information (continued)

It is important that the information we used to rate your policy is correct.
It is your responsibility to make sure that the information on these Declarations
is accurate and complete, including checking that you are receiving all the
discounts for which you are eligible. To see a full list of discounts offered,
including discounts for having multiple policies with us or being a good
driver, go to www.travelers.com/discounts. Once at the website, type in your
policy number 6016954398401 and product code BY1 to view the discounts available.
If any of the information on the Declarations has changed, appears incorrect, or
is missing, please advise your Travelers agent or representative immediately.
Your Travelers agent or representative is also available to review the information
on the Declarations with you.

The Insurance Score we used to determine your premiums is 0767.

If you have any questions regarding your Insurance Score, please contact the Insurance
Score Resource Center at 1-800-550-7717.

This is not a bill.  You will be billed separately for this transaction.

Thank you for insuring with Travelers. We appreciate your business. If you have
any questions about your insurance, please contact your agent or representative.

This Declaration and any endorsements attached are to be inserted in and form part
of your policy. If a change effective date appears at the top of the Declarations,
then this Declaration replaces any previous Declarations on that date.

This certificate of insurance neither affirmatively nor negatively amends, extends,
or alters the coverage afforded by policy number 601695439 840 1  issued by
The Standard Fire Insurance Company.

---



44101 (01-09)   413/0WY630   DEC#: 1

Insured Copy

Page 3 of 3

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.158   Page 48 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.44   Page 24 of 74

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.159   Page 49 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.45   Page 25 of 74

TOC44101

# YOUR TRAVELERS YACHT POLICY
## QUICK REFERENCE

**DECLARATIONS PAGE**
  **Your Name and Address**
  **Policy Period**
  **Your Insured Property**
  **Coverages, Amounts of Insurance and Deductibles**
  **Endorsements**
  **Credits**
  **Policy Premium**
  **Navigation Territory**
  **Layup Information**
  **Loss Payee**

|  | Begins On Page |
|---|---|
| **INSURING AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |

**SECTION ONE:**     **General Policy Terms, Conditions, Limitations and Warranties**

| | Page |
|---|---|
| Policy Period | 2 |
| Concealment, Misrepresentation or Fraud | 2 |
| Changes in Policy | 2 |
| Transfer of Interest | 2 |
| Cancelling This Policy | 2 |
| Return Premiums | 2 |
| Renewal , Nonrenewal and Termination of Coverage | 3 |
| Conformity to State Law or Federal Statute | 3 |
| Broadening of Coverage | 3 |
| Private Pleasure Use Warranty | 3 |
| Navigational Warranty | 3 |
| Lay-Up Warranty | 3 |
| No Benefit to Others | 3 |
| Other Insurance | 3 |

**SECTION TWO:**     **General Policy Exclusions**

| | Page |
|---|---|
| Concealment, Misrepresentation or Fraud | 4 |
| Dishonest or Illegal Acts | 4 |
| Intentional Injury or Damage | 4 |
| War, Confiscation or Nuclear Exclusion | 4 |
| Racing | 4 |

**SECTION THREE:**     **Yacht, Auxiliary Equipment and Dinghy Coverage**

| | Page |
|---|---|
| Coverage | 4 |
| Overland Transporation | 5 |
| Protection and Recovery / Salvage Expenses | 5 |
| Exclusions | 5 |
| Loss Payment | 5 |
| Amount of Insurance | 6 |
| Deductible Amount | 6 |



44101 (01-09)

**Continued on Reverse Side**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK ECF No. 7-1 filed 06/13/19 PageID.160 Page 50 of 107
Case 1:19-cv-00458 ECF No. 1-3 filed 06/11/19 PageID.46 Page 26 of 74

TOC44101B

# YOUR TRAVELERS YACHT POLICY
## QUICK REFERENCE

|  |  | Begins On Page |
|---|---|---|
| **SECTION FOUR:** | **Personal Property Coverage** | 6 |
| **SECTION FIVE:** | **Commercial Towing and Assistance Coverage** | 7 |
| **SECTION SIX:** | **Protection and Indemnity Coverage** | 7 |
| **SECTION SEVEN:** | **Medical Payments Coverage** | 9 |
| **SECTION EIGHT:** | **Uninsured Boater Coverage** | 10 |
| **SECTION NINE:** | **Longshoreman's and Harbor Workers' Compensation Coverage** | 10 |
| **SECTION TEN:** | **Non-Owned Yacht or Dinghy Coverage** | 11 |
| **SECTION ELEVEN:** | **Newly Acquired Yacht or Dinghy Coverage** | 11 |
| **SECTION TWELVE:** | **Duties After a Loss or Occurrence** |  |
|  | General Duty | 12 |
|  | Notice of Loss | 12 |
|  | Assistance in Loss Settlement | 12 |
|  | Contractual Liability | 12 |
|  | Claims Against Others | 12 |
|  | Examination Under Oath | 12 |
|  | Proof of Loss | 13 |
|  | Support of Claim | 13 |
|  | Submission of Claim | 13 |
| **SECTION THIRTEEN:** | **Loss Settlement Conditions** |  |
|  | Loss Settlement | 13 |
|  | Appraisal | 13 |
|  | Loss Payee | 14 |
|  | Reservation of Rights | 14 |
|  | Abandonment of Property | 14 |
|  | Right to Salvage | 14 |
|  | Suit Against Us | 14 |
|  | Supplementary Payments | 14 |

44101 (01-09) (Back)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.161   Page 51 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.47   Page 27 of 74

# TRAVELERS YACHT POLICY

## INSURING AGREEMENT

This marine insurance **policy** is a legal contract between you and us.

We agree to provide the insurance coverage described in this **policy** in return for your payment of the premium when due and full compliance by every **insured** with the terms, conditions and warranties described in the **policy**.

## DEFINITIONS

Throughout this **policy**, "you" and "your" refer to the "named insured" in the **declarations**, and "we", "us", and "our" refer to the Company providing this insurance. In addition, certain other words and phrases, when printed in bold letters, have special meaning in the **policy** and are defined as follows:

**"accidental fuel spill"** means the sudden and accidental discharge, spillage or leakage of petroleum based fuel, oil or lubricants which are required for the normal operation and use of your **yacht** or **dinghy**.

**"actual cash value"** means the replacement cost of the covered property at the time of the loss, less deduction for any depreciation.

**"agreed value"** means the Amount of Insurance for your **yacht** as shown in the **declarations** without deduction for any depreciation.

**"auxiliary equipment"** means your portable boating equipment, including trolling motors, not permanently installed aboard but normally required or used to operate or maintain your **yacht** or **dinghy**.

**"bodily injury"** means physical injury and bodily harm and resulting sickness, disease and death. It includes required care and loss of services.

**"constructive total loss"** means a loss in which the reasonable expense of recovering and repairing your **yacht** equals or exceeds the Amount of Insurance as shown in the **declarations**.

**"declarations"** means the **declarations** page(s) for your **policy** that show the coverages and Amounts of Insurance/Limits of Liability you have for your **yacht** or **dinghy**. Throughout this **policy**, any reference to the **declarations** includes any amended **declarations**.

**"dinghy"** means any boat 16 feet in length or less, including its outboard motor(s) not exceeding 50 horsepower, owned by you and used primarily to travel over water to and from your **yacht**. However, **dinghy** does not include any **personal watercraft**.

**"family member"** means a resident of your household who is related to you by blood, marriage or adoption.

**"fishing equipment"** means rods, reels, lures and rigs, lines, nets, tackle and tackle boxes.

**"insured"** means (1) you; (2) a **family member**; or (3) any person or legal entity while operating your **yacht** or **dinghy**, for private pleasure use with your permission and without a charge, fee or other financial benefit or remuneration. However, **insured** does not include: (a) any paid captain or paid crew member, unless added by endorsement or automatically covered in **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE**, paragraph **D.** or (b) any person or legal entity operating, employed by, or the agent of a marina, boat repair yard, yacht club, sales agency, brokerage, consignment yard, boat service station, or other similar organization.

**"latent defect"** means a hidden flaw inherent in the material existing at the time of the original building of the **yacht**, which is not discoverable by ordinary observation or methods of testing.

**"lay-up"** means taking your **yacht** out of active service and decommissioning it for the period of time as shown in the **declarations**. **Lay-up** can include either storage on land or afloat.

**"navigational territory"** means the waters where your **yacht** or **dinghy** is permitted to operate as described in the **declarations**.

**"occurrence"** means a loss or accident, including continuous or repeated exposure to substantially the same general harmful conditions that results, during



44101 (01-09)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.162   Page 52 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.48   Page 28 of 74

the **policy** period, in **bodily injury** or **property damage**.

**"personal property"** means any property, not otherwise excluded, owned by an **insured**, a guest of an **insured**, or a paid captain or paid crew member, while it is aboard your **yacht** or **dinghy** or while being loaded onto or unloaded from your **yacht** or **dinghy**.

**"personal watercraft"** means a jet ski, hydrocycle or other vessel which uses an inboard motor power-ing a water jet pump as its primary source of motor power and which is designed to be operated by a per-son sitting, standing, or kneeling on the vessel, rather than the conventional manner of sitting or standing inside the vessel.

**"policy"** means your Travelers **Yacht Policy**. It in-cludes the application, the **declarations**, and any ap-plicable forms and endorsements.

**"property damage"** means actual physical loss or damage to or destruction of tangible property of oth-ers, not otherwise insured by this **policy**. It includes loss of use of such property.

**"total loss"** means a loss in which your **yacht** is completely lost or destroyed.

**"uninsured boater"** means any owner or operator of a vessel, other than the insured **yacht** or **dinghy**, who is legally responsible for an accident and to whom no liability insurance policy applies or who cannot be identified, such as a hit-and-run operator.

**"yacht"** means the vessel, owned by you, as shown in the **declarations**, including its hull, machinery, spars, sails, fittings, furniture and other permanently in-stalled equipment located on board and normally re-quired for the operation or maintenance of the vessel.

---

## SECTION ONE: GENERAL POLICY TERMS, CONDITIONS, LIMITATIONS AND WARRANTIES

The following terms, conditions, limitations and war-ranties apply to all **SECTIONS** and coverages pro-vided by this policy

### A. POLICY PERIOD

This **policy** applies only to a covered loss or **occur-rence** during the **policy** period as shown in the **decla-rations**.

### B. CONCEALMENT, MISREPRESENTATION OR FRAUD

The entire **policy** will be void if, in connection with your insurance application, whether before or after a loss or **occurrence**, any **insured** has:

1. Misrepresented or failed to disclose any ma-terial fact or circumstance or made any false statement related to this insurance; or

2. Engaged in fraudulent conduct.

### C. CHANGES IN POLICY

This **policy** contains all of the agreements between you and us. The terms may not be changed or waived except by endorsement issued by us.

### D. TRANSFER OF INTEREST

This **policy** will automatically terminate, without no-tice by us, upon the sale, assignment, pledge or other transfer of your ownership or insurable interest, in whole or in part, in your **yacht** or **dinghy** unless prior written consent has been obtained from us. However, if you should die during the **policy** period, we will automatically cover your legally appointed represen-tative as a named insured with respect to his or her interest in your **yacht** or **dinghy**.

### E. CANCELLING THIS POLICY

Your cancellation - You may cancel this **policy** by giving us or our authorized representative written no-tice of the date cancellation is to take effect.

Our cancellation - If you have paid the premium when due and we decide to cancel this **policy**, we will give to you at least 15 days written notice of our decision to cancel this **policy**.

If you have not paid the premium by the due date, we may cancel this **policy** by giving you 10 days written notice.

Evidence of mailing of our cancellation notice to you at the address as shown in the **declarations** will be sufficient proof that you have been notified.

### F. RETURN PREMIUMS

If this **policy** is cancelled, you may be entitled to a premium refund. If you cancel the **policy** for any rea-

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.163   Page 53 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.49   Page 29 of 74

son other than your interest in the **yacht** being sold, any return premium may be computed on a short rate basis. If we cancel the **policy** or if your interest in the **yacht** is sold, any return premium will be computed on a pro-rata basis.

Any return premium will be paid to you as soon as possible after the cancellation. However, making or offering to make the refund is not a condition of cancellation.

In the event of a **total loss** or a **constructive total loss**, any paid premium will be considered fully earned and no refund will be made.

### G. RENEWAL, NONRENEWAL AND TERMINATION OF COVERAGE

Renewal - We may offer to renew this **policy** by providing you renewal **declarations** along with a bill for the premium.

Nonrenewal - If we decide not to renew this **policy**, we will give you at least 30 days notice of our decision not to renew. Evidence of mailing of our nonrenewal notice to you at the address as shown in the **declarations** will be sufficient proof that you have been notified.

Automatic termination – If we offer to renew your **policy** and you or your authorized representative do not accept, this **policy** will automatically terminate, without notice of termination, at the end of the current **policy** period. Failure to pay the required renewal premium when due will mean you have not accepted our offer.

### H. CONFORMITY TO STATE LAW OR FEDERAL STATUTE

If any provision of this **policy** is deemed unenforceable pursuant to any applicable state law or federal statute, this **policy** shall conform to the minimum requirements of that law or statute.

### I. BROADENING OF COVERAGE

If we adopt any change during the term of this **policy** applicable to all **yacht** policyholders in your state that broadens coverage without additional premium, the broader coverage will automatically apply to you as of the effective date of the revision.

### J. PRIVATE PLEASURE USE WARRANTY

You expressly warrant that your **yacht** and **dinghy** will be used solely for private pleasure use. This warranty applies to all **insureds.**

Coverage will not apply during any period in which your **yacht** and **dinghy** are used for non-private pleasure use such as for charter, hire, to carry persons or property for a fee or for any other commercial, corporate or business use, unless prior written consent has been obtained from us. Business entertainment for which there is no direct remuneration will be considered as being private pleasure use.

### K. NAVIGATIONAL WARRANTY

You expressly warrant that your **yacht** and **dinghy** will be confined to the **navigational territory** as shown in the **declarations**. This warranty applies to all **insureds.**

Coverage will not apply during any period in which your **yacht** and **dinghy** are outside of the **navigational territory** as shown in the **declarations** unless prior written consent has been obtained from us. You must pay any additional premiums if given consent for this extension of coverage.

### L. LAY-UP WARRANTY

You expressly warrant that you will **lay-up** your **yacht** for the period of time as shown in the **declarations.** This warranty applies to all **insureds.**

During the **lay-up** period, your **yacht** must be maintained for the conditions reasonably expected during the **lay-up.** In addition, your **yacht** cannot be used for any boating activities or as living quarters during the **lay-up** period.

### M. NO BENEFIT TO OTHERS

No person or organization that has custody of your **yacht** or **dinghy** and is to be paid for services, directly or indirectly, in cash or in kind, will benefit from this insurance.

### N. OTHER INSURANCE

If at the time of loss, there is any other applicable insurance, any insurance provided by this **policy** will be deemed excess over any other valid and collectible insurance.



44101 (01-09)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.164   Page 54 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.50   Page 30 of 74

## SECTION TWO: GENERAL POLICY EXCLUSIONS

The following exclusions apply to all SECTIONS and coverages provided by this **policy**:

### WE DO NOT COVER ANY LOSS OR DAMAGE CAUSED BY:

#### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

The coverage provided by this **policy** depends on the statements you made in your application. If you or any insured conceals or misrepresents any material fact or circumstance, whether before or after a loss, this **policy** is <u>VOID</u> and you will no longer be protected by it.

#### B. DISHONEST OR ILLEGAL ACTS

We do not cover any loss, damage, injury, or expense that occurs while any **insured** is engaged in any dishonest or illegal act, regardless of whether such person is convicted of such act by a criminal court.

#### C. INTENTIONAL INJURY OR DAMAGE

We do not cover any loss, damage, injury, or loss of life which is intentionally caused by any covered person, regardless of whether or not such person is convicted of such act by a criminal court.

#### D. WAR, CONFISCATION OR NUCLEAR EXCLUSION

We do not cover any loss, damage, injury, or loss of life which is caused by:

1. War, including undeclared war, civil war, civil strife, insurrection, rebellion, revolution, hostilities or warlike acts by military force or military personnel, destruction or seizure for military purposes, or any consequences of these actions, whether there is a declaration of war or not;

2. The lawful or unlawful capture, seizure, confiscation, arrest, lien, requisition, detainment or impoundment of your **yacht** or **dinghy** by a civil or military authority or repair facility/boat yard or any consequences of these actions; or an attempted threat, whether in time of peace or war;

3. The hazardous properties, including radioactive, toxic or explosive properties, of nuclear material, whether it is source material or byproduct material as defined in the Atomic Energy Act of 1954 or in any law amendatory thereof, no matter how it is caused.

#### E. RACING

We do not cover any loss that occurs or damage that results while your **yacht** or **dinghy** is being operated in any capacity in an official race or speed test. However, this exclusion does not apply to sailboats participating in local races or powerboats participating in predicted log events.

## SECTION THREE: YACHT, AUXILIARY EQUIPMENT AND DINGHY COVERAGE

This is an **agreed value policy for yachts**.

#### A. COVERAGE

We cover the following property against accidental direct physical loss or damage caused by an **occurrence** except as specifically excluded:

1. Your **yacht**.

2. Your outboard motor(s), if scheduled in the **declarations**, including:
   a. portable fuel tanks and fuel lines;
   b. electric starting equipment including batteries; and
   c. controls supplied by the manufacturer as part of the outboard motor.

3. Your **auxiliary equipment**. However, **auxiliary equipment** does not include:
   a. outboard motors;
   b. **personal watercraft**, or similar types of vessels;
   c. moorings, cradles, boat lifts, or similar apparatus used for the mooring or storage of your **yacht** or **dinghy**; or
   d. **Personal property** including **fishing equipment** and scuba gear.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.165   Page 55 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.51   Page 31 of 74

4. Your **auxiliary equipment** on shore. We will cover your **auxiliary equipment** when it is temporarily removed from your **yacht** or **dinghy** for storage on shore. However, the Amount of Insurance on your yacht or dinghy will be automatically reduced by the total value of this **auxiliary equipment** while it is stored away from your **yacht** or **dinghy**.

5. Your trailer if scheduled by endorsement provided it is used solely for the purpose of transporting your **yacht** or **dinghy**.

6. Your **dinghy**.

## B.  OVERLAND TRANSPORTATION

We cover physical damage to your **yacht** or **dinghy** if damaged as a result of being transported overland on its trailer, including loading or unloading by an **insured**. However, coverage while being transported on any contract or common carrier for hire applies only within a 500 mile radius from your home port or storage yard, unless endorsed to this **policy**. We do not cover your **yacht** or **dinghy** if it is being transported as waterborne cargo including loading or unloading.

## C.  PROTECTION AND RECOVERY / SALVAGE EXPENSES

We will pay the reasonable costs you incur to protect or recover your **yacht** or **dinghy** from further loss or damage following a covered loss, including making any necessary temporary repairs to protect the property from further damage. This coverage is in addition to those coverages included in **SECTION THREE** of this **policy**.

## D.  EXCLUSIONS

In addition to the **SECTION TWO: GENERAL POLICY EXCLUSIONS**, we do not cover loss or damage caused by or resulting from:

1. Wear and tear; neglect;

2. Gradual deterioration; deterioration caused by weathering, insects, or marine life;

3. Insects, animals, vermin, marine life, mold, mildew, or fungus;

4. Marring, scratching, weathering, fading, chipping or denting;

5. Inherent vice, wet or dry rot, rust or corrosion;

6. Osmosis, blistering, delamination, chemical decomposition or galvanic action;

7. **Latent defect**. However, any resulting direct physical loss or damage to your **yacht** resulting from the **latent defect** will be covered;

8. Defects in manufacture, including defects in construction, workmanship and design other than **latent defects** as defined in the **policy**;

9. The **insured's** failure to properly winterize the **yacht** or **dinghy** in accordance with the manufacturer's specifications or customs of the area;

10. Theft or unexplained disappearance of **auxiliary equipment** unless: (a) your **yacht** or **dinghy** is stolen at the same time; or (b) there is evidence that the property was forcibly removed;

11. Decrease in value, loss of use, or lost profits;

12. Previously unrepaired damage that occurred either prior to the **policy** effective date as shown in the **declarations** or where an **insured** has previously received full or partial payment from us; or

13. Mechanical breakdown.

## E.  LOSS PAYMENT

In the event of a covered loss, we will pay as follows:

1. **Total loss**. If your **yacht** is a **total loss** or determined by us to be a **constructive total loss**, we will pay the Amount of Insurance as shown in the **declarations**, without deduction for depreciation.

2. **Partial loss**. Unless otherwise stated in this **policy**, we will pay the reasonable cost of repair or replacement of damaged or stolen property, without deduction for depreciation, up to the Amount of Insurance as shown in the **declarations**.

3. **Property subject to depreciation**. We will pay no more than the **actual cash value**, at the time of loss or damage, to the following property:

   (a)  sails, including spinnakers;

   (b)  protective covers consisting of fabric, plastic, canvas or similar materials;

   (c)  carpeting, upholstery, cushions or fabric;



44101 (01-09)                    Page 5 of 14

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.166   Page 56 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.52   Page 32 of 74

(d) outboard motors of your **yacht**, including trolling or auxiliary motors, over five years of age;

(e) outdrive power units of your **yacht** over seven years of age;

(f) machinery, including inboard engines, running gear and equipment, over ten years of age;

(g) batteries;

(h) trailers; and

(i) **dinghies.**

4. **Pairs, Sets or Parts.** In case of a covered loss or damage to a pair or set, we may elect to repair or replace any item to restore the pair or set to its condition just before the loss or pay the difference between the **actual cash value** of the pair or set before and after the loss.

   In case of loss to any part of covered property consisting of several parts when complete, we will pay only for the value of the part lost or damaged.

5. **Repairs.** If your **yacht** or **dinghy** needs repair after a covered loss, we will have the option of paying the reasonable costs of repairs in accordance with:

   a. the manufacturer's specifications; or

   b. generally accepted repair practices.

We will pay the lesser of: (1) the Amount of Insurance for your **yacht** or **dinghy**; or (2) the amount for which your **yacht** or **dinghy** can reasonably be repaired to its condition just prior to the loss.

## F.  AMOUNT OF INSURANCE

The most we will pay under the policy for damages to your **yacht, auxiliary equipment** or **dinghy** under paragraphs A. and B. of this SECTION is the Amount of Insurance as shown in **SECTION THREE** of the **declarations**.

The most we will pay under the **policy** for expenses related to paragraph C. of this SECTION is the Amount of Insurance as shown in **SECTION THREE** of the **declarations**.

The Amount of Insurance for paragraphs A. and B. will not be reduced by payments made for expenses under paragraph C.

## G.  DEDUCTIBLE AMOUNT

We will adjust each claim for a covered loss to your **yacht** or **dinghy** separately. The amount of each adjusted claim will be automatically reduced by the deductible amount as shown in the **declarations**.

The deductible amount will not apply in the event of a **total loss** or a **constructive total loss** to your **yacht** or for Protection and Recovery / Salvage Expenses.

---

## SECTION FOUR: PERSONAL PROPERTY COVERAGE

### A.  COVERAGE

We cover **personal property**, including **fishing equipment**, against accidental direct physical loss or damage caused by an **occurrence** except as specifically excluded.

### B.  EXCLUSIONS

In addition to the **SECTION TWO: GENERAL POLICY EXCLUSIONS,** we do not cover loss or damage caused by or resulting from:

1. Wear and tear; neglect;

2. Gradual deterioration; deterioration caused by weathering, insects, or marine life;

3. Insects, animals, vermin, marine life, mold, mildew, or fungus;

4. Marring, scratching, weathering, fading, chipping or denting;

5. Theft or unexplained disappearance unless:

   (a) your **yacht** or **dinghy** is stolen at the same time; or

   (b) there is evidence that the property was forcibly removed or stolen;

6. Changes in temperature or humidity; or

7. Any mechanical or electrical failure or disturbance, unless it was caused by lightning.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.167   Page 57 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.53   Page 33 of 74

We do not cover any loss or damage due to any cause for any of the following property:

a. Money, jewelry, furs, travelers checks, coins or currency;

b. Motorized vehicles;

c. Computer equipment including any hardware or software unless used exclusively aboard and for the service of your **yacht**;

d. Fine arts, paintings, antiques; or

e. Any property insured, in whole or in part, by this or any other insurance.

### C. LOSS PAYMENT

In the event of a covered loss to **personal property**, we will pay no more than the **actual cash value**.

### D. AMOUNT OF INSURANCE

The most we will pay under the **policy** for loss or damage to **personal property** for any one **occurrence**, regardless of the number of claimants or amount of each claim, is the Amount of Insurance as shown in **SECTION FOUR** of the **declarations**.

### E. DEDUCTIBLE AMOUNT

We will adjust each claim for a covered loss to your **personal property** separately. The amount of each adjusted claim will be automatically reduced by the deductible amount as shown in the **declarations**.

---

## SECTION FIVE: COMMERCIAL TOWING AND ASSISTANCE COVERAGE

### A. COVERAGE

We will pay the reasonable costs you incur for the following emergency services to your **yacht** while afloat and away from safe harbor, or to the scheduled trailer, while on land, if help is not available and you must obtain commercial assistance:

1. towing of your **yacht** to the nearest place where necessary repairs can be made;

2. delivery of fuel, oil, parts or loaned battery, excluding the cost of these items themselves; or

3. trailer roadside service, including towing your scheduled trailer to the nearest place where necessary repairs can be made.

### B. EXCLUSIONS

**SECTION TWO: GENERAL POLICY EXCLUSIONS** apply to this SECTION.

### C. AMOUNT OF INSURANCE

The most we will reimburse you for each covered loss under the **policy** for Commercial Towing and Assistance Coverage is the Amount of Insurance as shown in **SECTION FIVE** of the **declarations**.

### D. DEDUCTIBLE

No deductible applies to Commercial Towing and Assistance Coverage.

---

## SECTION SIX: PROTECTION AND INDEMNITY COVERAGE

### A. COVERAGE

We will pay those sums that the **insured** becomes legally obligated to pay as damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this insurance applies. We have the right and duty to investigate, settle and defend, as we consider appropriate, any claim or suit seeking covered damages.

1. **BODILY INJURY OR PROPERTY DAMAGE**

We will pay damages for **bodily injury** or **property damage** for which an **insured** is legally responsible arising out of owning, maintaining or using your **yacht** or **dinghy**.

2. **PAID CREW MEMBER BODILY INJURY**

We cover liability for which the **insured** is legally responsible under the Federal Jones Act, 46 U.S.C. App. § 688.

This coverage may be sub-limited. Please refer to paragraph **D.1.** of **SECTION SIX**.



44101 (01-09)

Page 7 of 14

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK ECF No. 7-1 filed 06/13/19 PageID.168 Page 58 of 107
Case 1:19-cv-00458 ECF No. 1-3 filed 06/11/19 PageID.54 Page 34 of 74

3. **WRECK REMOVAL**

If you are legally required by any civil authority to remove or otherwise dispose of the wreck of your **yacht** or **dinghy**, we will pay the reasonable cost to raise, remove and dispose of your **yacht** or **dinghy**.

4. **ACCIDENTAL FUEL SPILL**

We will pay the reasonable cost for the proper containment, clean up and resulting damage caused by an **accidental fuel spill** that comes from your **yacht** or **dinghy** for which you are legally responsible provided you:

a. immediately notify the United States Coast Guard or other appropriate state, local or federal authority of the **accidental fuel spill** as required by law;

b. take appropriate action as soon as possible, including making any necessary temporary repairs to fix the cause of the **accidental fuel spill** and prevent further spillage; and

c. provide all reasonable cooperation and assistance requested by a responsible official in connection with the containment or clean up of the **accidental fuel spill**.

This coverage may be sub-limited. Please refer to paragraph **D.** of **SECTION SIX**.

B. **EXCLUSIONS**

In addition to the **SECTION TWO: GENERAL POLICY EXCLUSIONS**, we do not provide coverage for:

1. Liability assumed by you or any **insured** under any contract or agreement, including but not limited to restitution orders or judgments;

2. **Bodily injury** to your spouse or any **insured**;

3. **Bodily injury** or **property damage** arising out of the transportation, including loading or unloading, of your **yacht** or **dinghy** on land, sea or air;

4. Damage to reefs, natural barriers, beaches, marshlands, soft sand areas or any natural or growing thing attached thereto as a result of physical contact by your **yacht** or **dinghy**;

5. **Bodily injury** or **property damage** arising out of the operation or use of any **personal watercraft** or similar type vessel;

6. **Bodily injury** or **property damage** while your **yacht** or **dinghy** is used in connection with parasailing, kiteskiing or similar activity;

7. **Bodily injury** for which benefits are required to be provided or are available under any state compensation law or act;

8. **Bodily injury** arising out of or relating to the discharge, leakage or spillage of petroleum products or chemicals;

9. **Bodily injury** or **property damage** arising out of or relating to bacteria, viruses, mold or other substances of like kind or nature;

10. Punitive damages, meaning damages that are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a penalty, or any similar exemplary damages that are awarded or imposed other than as compensatory damages; or

11. Fines, penalties or costs of defense arising out of a criminal or civil violation of law or assessment by a governmental authority.

C. **LOSS PAYMENT**

Any payment made under **SECTION SIX** of the policy will automatically reduce the Amount of Insurance available under **SECTION EIGHT: UNINSURED BOATER COVERAGE** for claims arising from the same **occurrence**.

D. **AMOUNT OF INSURANCE**

1. Subject to the provisions below, the most we will pay for all damages resulting from any one accident or **occurrence** is the Amount of Insurance as shown in **SECTION SIX** of the **declarations**. This limit is the same regardless of the number of **insureds**, claims, claimants, suits, demands, persons injured, vessels involved or the number of **yachts** or **dinghies** insured under this **policy**.

**Sub-limit for Bodily Injury to a Paid Captain or Paid Crew Member:**

(a) Unless otherwise endorsed on this **policy**, the sub-limit for any paid captain or paid crew member(s) **bodily injury**, maintenance and cure and unearned wages is

44101 (01-09)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.169   Page 59 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.55   Page 35 of 74

$25,000 per **occurrence** for which an **insured** becomes legally responsible under the Federal Jones Act or General Maritime Law.

(b) This sub-limit does not apply to any paid captain or paid crew member employed for less than 15 days total during the **policy** term.

(c) This sub-limit is included in the Amount of Insurance for **SECTION SIX** and does not increase the Amount of Insurance.

**Sub-limit for Accidental Fuel Spill:**

The most we will pay for all loss or damage caused by an **accidental fuel spill** arising from an **occurrence** covered under the **policy** is the lesser of the Amount of Insurance as shown in the **declarations** for SECTION

SIX or $800,000. This sub-limit is the most we will pay regardless of the number of **insureds**, claims, claimants, suits, demands, vessels involved or the number of **yachts** or **dinghies** insured under this **policy**.

This sub-limit is included in the Amount of Insurance for **SECTION SIX** and does not increase the Amount of Insurance.

2. Any costs we pay for investigation and legal expenses are in addition to the Amount of Insurance as shown in **SECTION SIX** in the **declarations** or any applicable sub-limit under this SECTION.

3. Our duty to settle or defend ends when the applicable Amount of Insurance for this coverage as shown in the **declarations** or by sub-limit in this SECTION has been exhausted by the payment of judgments or settlements.

---

## SECTION SEVEN: MEDICAL PAYMENTS COVERAGE

### A. COVERAGE

We will pay for reasonable medical, ambulance, hospital, professional nursing and funeral costs to any person that becomes necessary due to **bodily injury** caused by an **occurrence** while on, leaving or boarding your **yacht** or **dinghy**. We will pay only for those costs incurred within one year of the date of the **occurrence**.

### B. EXCLUSIONS

In addition to the **SECTION TWO: GENERAL POLICY EXCLUSIONS**, we do not provide coverage for:

1. Liability assumed by an **insured** under any contract or agreement;

2. **Bodily injury** arising out of the transportation of your **yacht** or **dinghy** over land, sea or air;

3. **Bodily injury** to any person while on, leaving or boarding your **yacht** or **dinghy** without the permission of an insured person;

4. **Bodily injury** to any person or legal entity operating or employed by, or the agent of, a marina, boat repair yard, yacht club, sales

agency, brokerage, consignment yard, boat service station or other similar organization;

5. **Bodily injury** for which benefits are required to be provided or are available under any state or federal compensation law or act; or

6. **Bodily injury** that occurs in connection with parasailing, kiteskiing or similar activity.

### C. LOSS PAYMENT

Any payment made under **SECTION SEVEN** of this **policy** shall not reduce the amount payable under **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE** or **SECTION EIGHT: UNINSURED BOATER COVERAGE**.

Our payment will be reduced by any amounts paid or recoverable from the injured person's health plan or medical insurance.

Payment under this coverage is not an admission of liability by you or us.

### D. AMOUNT OF INSURANCE

The most we will pay for each person injured as a result of an **occurrence** covered under the **policy** is the Amount of Insurance as shown in **SECTION SEVEN** of the **declarations**.



44101 (01-09)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.170   Page 60 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.56   Page 36 of 74

## SECTION EIGHT: UNINSURED BOATER COVERAGE

### A. COVERAGE

We will pay for damages which, because of **bodily injury** caused by an **occurrence** and received while on, leaving or boarding **your yacht** or **dinghy**, you or a **family member** are legally entitled to recover from an **uninsured boater** of another vessel.

An **uninsured boater** does not include:

(1) an underinsured vessel owner or operator;

(2) an operator of a vessel whose liability or Protection and Indemnity insurance coverage is denied;

(3) an operator of a vessel owned by or chartered to a government unit or agency; or

(4) an operator of a vessel having the benefit of any liability or Protection and Indemnity insurance coverage for the accident or **occurrence** regardless of the terms, coverage limits or deductibles applicable to that coverage.

### B. EXCLUSIONS

In addition to the **SECTION TWO: GENERAL POLICY EXCLUSIONS**, we do not provide coverage for:

1. A person struck by a **yacht** or **dinghy** owned by you or any **insured**;

2. A claim for **bodily injury** that any person or legal representative settles without our written consent;

3. **Bodily injury** to any person eligible to receive benefits under any workers' compensation, disability or similar law;

4. **Bodily injury** caused by an uninsured vessel that is owned by or chartered to a government agency or unit;

5. **Bodily injury** where no physical contact occurred between **your yacht** or **dinghy** and an unidentified or un-insured vessel; or

6. **Bodily injury** when there is any other insurance available, whether such insurance is collectible or not, even if such amount is not sufficient to cover the entire loss or damage or where the insurer has denied coverage for the claim.

### C. LOSS PAYMENT

Any payment made under **SECTION EIGHT** of the **policy** will automatically reduce the Amount of Insurance available under **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE** for claims arising from the same **occurrence**.

### D. AMOUNT OF INSURANCE

The most we will pay for damages under this SECTION is the Amount of Insurance shown in **SECTION EIGHT** of the **declarations**. This limit is the same regardless of the number of **insureds**, claims, claimants, suits, demands, persons injured, vessels involved or the number of **yachts** or **dinghies** insured under this **policy**.

## SECTION NINE: LONGSHOREMEN'S AND HARBOR WORKERS' COMPENSATION COVERAGE

### A. COVERAGE

When coverage is provided under **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE** of this **policy**, coverage is provided under this SECTION for liability for which an **insured** is legally responsible under the United States Longshoremen's and Harbor Workers' Compensation Act.

We agree, as required by the Act, to conform to all the provisions of the Act, being Public Act No. 803 of the 69th Congress, approved March 4, 1927; all laws which amend or supplement this Act and all lawful rules, regulations, orders and decisions of the United States Department of Labor, Bureau of Employees' Compensation and of the Deputy Commissioner having jurisdiction, which affect this Act while this **policy** is in force. We will carry out the provisions of Section 35 of this Act, and will not be relieved of liability due to the insolvency or bankruptcy of the named insured.

### B. EXCLUSIONS

**SECTION TWO: GENERAL POLICY EXCLUSIONS** apply to SECTION NINE.

44101 (01-09)                    Page 10 of 14

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.171   Page 61 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.57   Page 37 of 74

## SECTION TEN: NON-OWNED YACHT OR DINGHY COVERAGE

**A. COVERAGE**

When coverage is provided under **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE**, we will pay for damages for **bodily injury** and **property damage** caused by an **occurrence** which you become legally responsible while operating a non-owned **yacht** or non-owned **dinghy** with the owner's permission.

**B. EXCLUSIONS**

In addition to the **SECTION TWO: GENERAL POLICY EXCLUSIONS** and the **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE, B. EXCLUSIONS,** we do not cover any loss or damage under this SECTION if:

1. the vessel is owned by a corporation, partnership or other legal entity in which you have an ownership interest;
2. the vessel is owned in whole or in part by you;
3. the vessel is rented or under charter to you;
4. the vessel is being used for purposes other than private pleasure use;
5. the vessel is furnished for your regular use;
6. the vessel is a **personal watercraft** or similar type vessel; or
7. the maximum design speed of the vessel is 50 miles per hour or greater.

**C. AMOUNT OF INSURANCE**

The most we will pay for your legal liability is the Amount of Insurance shown in **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE** of the **declarations**. This limit is the same regardless of the number of claims, claimants, suits, demands, persons injured, vessels involved or the number of **yachts** or **dinghies** insured under this **policy**.

## SECTION ELEVEN: NEWLY ACQUIRED YACHT OR DINGHY COVERAGE

**A. COVERAGE**

When coverage is provided under **SECTION THREE: YACHT, AUXILIARY EQUIPMENT AND DINGHY COVERAGE**, we will provide coverage under all of the terms and conditions of this **policy** for your newly acquired **yacht** or **dinghy** provided:

1. it is reported to us, in writing, within 15 days of acquisition;
2. it is not a **personal watercraft**;
3. the maximum design speed of the vessel does not exceed 60 miles per hour;
4. it meets our underwriting eligibility; and
5. you agree to pay any additional premium required.

**B. EXCLUSIONS**

All exclusions set forth in this **policy** shall apply to the coverage for your newly acquired **yacht** or **dinghy**.

**C. LOSS PAYMENT**

The provisions for Loss Payment set forth in this **policy** shall apply to the coverage for your newly acquired **yacht** or **dinghy**.

**D. AMOUNT OF INSURANCE**

The most we will pay under **SECTION THREE: YACHT, AUXILIARY EQUIPMENT AND DINGHY COVERAGE**, for your newly acquired **yacht** or **dinghy** is the purchase price you paid.

The most we will pay under **SECTIONS FOUR** through **NINE** of this **policy** for your newly acquired **yacht** or **dinghy** is the Amount of Insurance / Limit of Liability as shown in the **declarations**.

**E. DEDUCTIBLE**

The deductible amount under **SECTION THREE: YACHT, AUXILIARY EQUIPMENT AND DINGHY COVERAGE**, for your newly acquired **yacht** or **dinghy** shall be 2% of the purchase price you paid. The deductible amounts as shown in the **declarations** for **SECTIONS FOUR** through **NINE** of this **policy**, if any, shall apply to your newly acquired **yacht** or **dinghy**.



44101 (01-09)    Page 11 of 14

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK    ECF No. 7-1 filed 06/13/19    PageID.172    Page 62 of 107
Case 1:19-cv-00458    ECF No. 1-3 filed 06/11/19    PageID.58    Page 38 of 74

## SECTION TWELVE: DUTIES AFTER A LOSS OR OCCURRENCE

This SECTION applies to all coverages provided under this **policy**. Failure to comply with any of these duties may result in no coverage under this **policy**.

### A. GENERAL DUTY

In the event of any loss, every **insured** must assist and cooperate with us in the investigation, settlement or defense of any claim or suit. In addition, every **insured** must take all lawful, reasonable steps, including making any necessary temporary repairs, to protect the property from further damage.

### B. NOTICE OF LOSS

1. You must immediately give notice of any loss, injury, damage, expense or **occurrence** that may give rise to a claim, suit or demand to which this insurance may apply, to either our authorized representative or us. If the loss is by theft or vandalism, you must also notify the United States Coast Guard or other law enforcement agency having jurisdiction.

2. We must be advised of the following:

    (a) the listed name of the **insured**;

    (b) your **policy** number;

    (c) all details of the loss, injury, damage, expense or **occurrence** including suits or demands;

    (d) where and how the event occurred; and

    (e) the names and addresses of any witnesses.

3. If you do not provide notice to us as required by this SECTION, any claim for such loss under this **policy** will be void.

### C. ASSISTANCE IN LOSS SETTLEMENT

1. Every **insured** must assist us in:

    (a) settling all claims;

    (b) enforcing our right when others may be liable; and

    (c) furnishing and submitting medical records and reports and independent physical examinations.

2. At our request, every **insured** must:

    (a) attend hearings and trials;

    (b) secure and give evidence;

    (c) provide information, documents, and allow us access to your **yacht** or **dinghy** for inspection and testing; and

    (d) make every effort to obtain attendance of witnesses.

3. Every **insured** must:

    (a) tell us the names and addresses of all claimants and witnesses, and

    (b) immediately send us all notices or legal papers relating to the loss.

4. Any claimants for benefits under **SECTION SEVEN: MEDICAL PAYMENTS COVERAGE** must furnish any medical reports and records and submit to independent physical examinations at our expense and request.

### D. CONTRACTUAL LIABILITY

Unless we consent in writing, we will not provide coverage if any **insured**:

    (a) assumes any liability;

    (b) incurs any expense for which we may not be liable; or

    (c) impairs our right to recover claims against others.

### E. CLAIMS AGAINST OTHERS

If we believe a claim may be recovered from others, we may pay you and assume your rights to such recoveries.

1. All **insured(s)** agree:

    (a) not to waive, after loss, any rights you may have against others; and

    (b) to assist us in all ways possible to recover amounts paid under this **policy**.

2. We may at our own expense:

    (a) take over your rights to the extent of our payment; and

    (b) retain or collect all proceeds paid or due.

### F. EXAMINATION UNDER OATH

1. Every **insured** must:

44101 (01-09)

insufficient



(a) Submit to questioning under oath while not in the presence of any other **insured** as often as we may reasonably require; and

(b) Assist us in securing testimony from others.

2. Every claimant seeking benefits under **SECTION SEVEN: MEDICAL PAYMENTS COVERAGE** must:

(a) Submit to questioning under oath while not in the presence of any other **insured** as often as we may reasonably require; and

(b) Assist us in securing testimony from others.

## G. PROOF OF LOSS

1. Every **insured** must send us, within 60 days after we ask, a fully completed sworn proof of loss in the form we provide or approve.

2. Every claimant seeking benefits under **SECTION SEVEN: MEDICAL PAYMENTS COVERAGE** must send us, within 60 days after we ask, a fully completed sworn proof of loss in the form we provide or approve.

## H. SUPPORT OF CLAIM

You must support any claim by:

(1) ALLOWING US TO INSPECT AND/OR TEST THE **YACHT** OR **DINGHY** AND DAMAGED PROPERTY BEFORE THE **YACHT** OR **DINGHY** OR ANY DAMAGED PROPERTY IS DISASSEMBLED, REPAIRED, DISPOSED OF OR DESTROYED. YOU MUST COOPERATE WITH US IN OUR INSPECTION AND NOT TAKE ANY ACTION THAT WILL HINDER IN ANY WAY OUR RIGHT OF INSPECTION AND TESTING.

(2) Producing records to verify the claim and its amount.

(3) Permitting copies of records to be made.

(4) In addition, every **insured** must cooperate with us in all aspects of settling any covered loss.

(5) Every claimant seeking benefits under **SECTION SEVEN: MEDICAL PAYMENTS COVERAGE** must cooperate with us in all aspects of settling any covered loss.

## I. SUBMISSION OF CLAIM

We will not pay for any claim presented after one year from the date the loss or damage occurred.

## SECTION THIRTEEN: LOSS SETTLEMENT CONDITIONS

Unless otherwise stated, this SECTION applies to all coverages provided under this **policy.**

### A. LOSS SETTLEMENT

We will pay any covered loss under this **policy** to the named insured and any loss payee, as shown in the **declarations** page, within 30 days after:

a. reaching an agreement with you;

b. receiving a signed sworn proof of loss statement or masters protest, receiving a release of liability; or

c. the entry of a final judgment.

### B. APPRAISAL

With respect to all claims under **SECTION THREE: YACHT, AUXILIARY EQUIPMENT AND DINGHY COVERAGE,** if you and we fail to agree on the amount of loss, we may demand an appraisal of loss subject to the following conditions:

1. Each party will choose a competent, impartial appraiser within 20 days after receiving written request from the other.

2. The appraisers will appoint a competent, impartial umpire. If they cannot agree on an umpire within 15 days, you or we may ask a court in the state and county within the United States of your residence or our principal place of business to appoint an umpire.

3. If the two appraisers cannot agree on the amount of the loss, they will ask the umpire for a decision.

4. The written agreement of any two will determine the amount to be paid.

5. Both you and we will each pay any costs of the appraisers each has selected, plus share any expenses or costs of the umpire and court equally.



44101 (01-09)

Page 13 of 14

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK  ECF No. 7-1 filed 06/13/19  PageID.174  Page 64 of 107
Case 1:19-cv-00458  ECF No. 1-3 filed 06/11/19  PageID.60  Page 40 of 74

## C. LOSS PAYEE

If a loss payee is named in this **policy**, any covered loss payable will be paid to the loss payee and you, as interests appear. If more than one loss payee is named, the order of payment will be the same as the order or precedence of the loss payees. We will not cover the interests of the loss payee if the loss results directly or in-directly, in whole or in part, from breach of any of the warranties or conditions of the **policy**, or the fraudulent, intentional or illegal acts or omissions on the part of any **insured** or is otherwise excluded or limited by the terms of this **policy**.

## D. RESERVATION OF RIGHTS

When we investigate, compromise, or pay any claim, it will not be construed to admit liability either by you or us.

## E. ABANDONMENT OF PROPERTY

We are not obligated to accept, nor are we liable for, any property abandoned by any **insured**. This applies regardless of any steps you or we take to protect damaged property.

## F. RIGHT TO SALVAGE

If we pay a **total loss** or a **constructive total loss** of your **yacht**, we may, but are not obligated to, take possession of the remains or its proceeds. If we take possession of the **yacht**, you agree to transfer title of that property to us or any person or party designated by us.

## G. SUIT AGAINST US

No legal action may be brought against us unless there has been full compliance with all **policy** provisions. In addition:

1. with respect to any claim or loss to your **yacht** or **dinghy**, any suit against us must commence within one year of the date of loss or damage;

2. with respect to any other claim or loss, no suit may be brought against us until the amount of the **insured's** obligation to pay has been determined by final judgments after trial or by written agreement signed by you, us and the claimant. Any such legal action against us must commence within one year of the date of judgment or written agreement;

3. no one has any right to join us as a party to any action against an **insured** person;

4. if any time limitations of this **policy** are prohibited or invalid under the law, then legal action against us must commence within the shortest limitation of time permitted by such law.

5. When you are entitled to limit your liability, our liability for any damages or claims resulting from any one covered loss or **occurrence** will not exceed the amount of such limitation.

## H. SUPPLEMENTARY PAYMENTS

We will reimburse any **insured** up to $100 a day for loss of earnings because of attendance at hearings or trials at our request.

---

This policy is signed for the company which is the insurer under this policy.

*Wendy C. Skjerven*
Wendy C. Skjerven
Senior Vice President and
Corporate Secretary

*Michael Klein*
Michael Klein
President
Personal Insurance

**IN WITNESS WHEREOF, the Company has executed and attested these presents.**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

**44126 (11-99)**

601695439 8401    BRETT & PAULA LEMMEN FAMILY TRUST

# TRAVELERS YACHT POLICY

---

## NAVIGATIONAL WARRANTY ENDORSEMENT

---

SPECIAL TRIP #44142 ADDITIONAL DETAILS

TRIP COVERAGE IS PROVIDED FOR NAVIGATION IN COASTAL WATERS OF FLORIDA AND BAHAMAS FROM 11/09/2017 TO 04/01/2018. TRIP COVERAGE ALSO PROVIDED FOR ONE WAY DELIVERY TRIP LEAVING FT LAUDERDALE, FL ON OR ABOUT 04/01/2018 VIA ATLANTIC WATERS TO NEW YORK, THEN VIA HUDSON RIVER AND ERIE CANAL, LAKE ONTARIO, LAKE HURON AND LAKE MICHIGAN TO GRAND HAVEN, MI. DEDUCTIBLE DURING TRIP IS 1%.

All other conditions of this policy apply.



**44126 (11-99)**

601695439 8401        BRETT & PAULA LEMMEN FAMILY TRUST                    44126 (11-99)

# TRAVELERS YACHT POLICY

---

## NAVIGATIONAL WARRANTY ENDORSEMENT (Continued)

---

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court
Case 1:19-cv-00458-RJJ-RSK    ECF No. 7-1 filed 06/13/19    PageID.177    Page 67 of 107
Case 1:19-cv-00458    ECF No. 1-3 filed 06/11/19    PageID.63    Page 43 of 74

44130 (11-99)

601695439 8401    BRETT & PAULA LEMMEN FAMILY TRUST

# TRAVELERS YACHT POLICY

---

## SPECIAL AMENDATORY ENDORSEMENT

---

ADMIRAL ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

It is agreed that the coverage provided under this policy is amended as
follows:

PERSONAL PROPERTY COVERAGE
The Amount of Insurance for SECTION FOUR: PERSONAL PROPERTY COVERAGE, as
shown in the declarations, is increased by an additional $75,000, for any one
occurrence. A $250 deductible shall apply to all claims.
A sub-limit of $25,000 shall apply to the personal property of a paid captain
or paid crew member covered under this policy.
A sub-limit of $25,000 shall also apply to personal computer equipment,
hardware or software that is not used exclusively aboard and for the service
of your yacht.
The sub-limits indicated in 1. and 2. above do not increase the Amount of
Insurance for Personal Property Coverage.

COMMERCIAL TOWING AND ASSISTANCE COVERAGE
The Amount of Insurance for SECTION FIVE: COMMERCIAL TOWING AND ASSISTANCE
COVERAGE, as shown in the declarations, is increased to $25,000 for any one
occurrence.

PROTECTION AND INDEMNITY COVERAGE
The Amount of Insurance for SECTION SIX: PROTECTION AND INDEMNITY COVERAGE is
amended as follows:
D. AMOUNT OF INSURANCE
Sub-limit for Bodily Injury to a Paid Captain or Paid Crew Member Paragraph
D.1.(b) is deleted and replaced with the following:
(b) This sub-limit does not apply to any paid captain or paid crew member
employed for less than 30 days total during the policy term.
Sub-limit for Accident Fuel Spill is amended to add the following:
OIL POLLUTION ACT OF 1990 (OPA) COVERAGE
If the OPA statutory limit is increased in the future, the policy will
automatically increase the Accidental Fuel Spill limit to match the new
higher limit as long as the Protection and Indemnity limit is higher than the
OPA amount.

MEDICAL PAYMENTS COVERAGE
The Amount of Insurance for SECTION SEVEN: MEDICAL PAYMENTS COVERAGE, as
shown in the declarations, is increased to $75,000 for any one occurrence.

ELECTRONIC NAVIGATION AND COMMUNICATION EQUIPMENT SPECIAL DEDUCTIBLE
In the event of a loss or damage resulting from a covered peril involving
only the electronic navigation and communication equipment installed on your
yacht, no deductible shall apply.
Electronic navigation and communication equipment means equipment that is
normally required on board your yacht for its normal operation and use
including ship-to-shore radios, depth sounders, GPS, loran, radar and similar



44130 (11-99)

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.178   Page 68 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.64   Page 44 of 74

44130 (11-99)

601695439 8401      BRETT & PAULA LEMMEN FAMILY TRUST

# TRAVELERS YACHT POLICY

---

## SPECIAL AMENDATORY ENDORSEMENT (Continued)

---

navigation and communication systems.  It also includes electronic
entertainment equipment that is permanently installed and normally used on
board your yacht including, but not limited to, televisions, stereo systems
and personal computers.

**HURRICANE/TSUNAMI HAUL OUT EXPENSE REIMBURSEMENT COVERAGE**
If a storm or tsunami watch or warning is issued for the area where your
yacht is located, we will cover 50% of the reasonable costs which you incur
to protect your yacht from loss or damage caused by tidal surge or hurricane
force winds.
This coverage provides:
1. Having your yacht professionally hauled out of the water at the time the
hurricane watch or warning is issued for your mooring area by the National
Weather Service and the resulting costs of having your yacht launched after
the watch or warning has ended; or
2. Hiring a qualified, unrelated individual to navigate your yacht to a safe
harbor as a result of the hurricane watch or warning.
The most we will pay for any one occurrence is $4,000 but subject to a
maximum of $8,000 aggregate total in any one policy period.  The policy
deductible does not apply to this coverage.
The following DEFINITIONS are added:
Storm means: a Tropical Depression, Tropical Storm or Hurricane watch or
warning designated by the National Weather Service.
Tsunami means: a tsunami watch or warning designated by the National Weather
Service.

**TEMPORARY LODGING COVERAGE**
If your yacht suffers a covered loss which prevents you from lodging aboard
your yacht, we will reimburse you for the cost of lodging while your yacht is
undergoing repairs. The most we will pay is $500 per night subject to a
maximum of 5 nights for any one occurrence.

**CORAL REEF COVERAGE**
If you are legally obligated to pay for damage your yacht or dinghy causes to
reefs or natural barriers, we will provide coverage up to a limit of $50,000
for any one occurrence.

**DEFINITION OF INSURED**
It is agreed that the definition of insured is amended to include a paid
captain or paid crew member while acting in their capacity as paid captain or
paid crew member of your yacht or dinghy.

All other conditions of this policy apply.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.179   Page 69 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.65   Page 45 of 74

601695439 8401     BRETT & PAULA LEMMEN FAMILY TRUST          44108 (09-08)

# TRAVELERS YACHT POLICY

---

## PAID CREW ENDORSEMENT

---

Number of Paid Crew  01

In consideration of the premium charged, you warrant that there shall not be more than the number of paid crew members indicated above employed aboard your **yacht or dinghy** at any one time. A paid crew member is any person employed by the **insured** as either a licensed paid captain or paid crew member. In the event additional paid crew are to be employed, coverage applies only if the **insured** has notified us or our authorized representative of the additional paid crew member(s) and pays any additional premium as determined by us.

### DEFINITION OF "INSURED"

It is agreed that the definition of **insured** is amended to include a paid captain or paid crew member while acting in their capacity as paid captain or paid crew member of your **yacht** or **dinghy**.

We will defend the paid captain and paid crew member as co-defendants with the **insured** if necessary, for any suit brought against the named insured and/or paid captain and/or paid crew member for liability arising out of the operation of the insured vessel.

### EXCLUSION

Exclusion **B.2.** in **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE** is deleted and replaced with the following:

**B.2. Bodily injury** to your spouse or any **insured**, other than a paid captain or paid crew member as covered under this **policy**.

### LIMIT OF LIABILITY

The most we will pay for any one **occurrence** involving injury or death to an employed paid captain or paid crew member is the Limit of Liability for **SECTION SIX: PROTECTION AND INDEMNITY COVERAGE** as shown in the **declarations**. This coverage is included as part of the **PROTECTION AND INDEMNITY COVERAGE** but does not increase the total limit of liability for any one **occurrence** covered by this **policy**.

### MINIMUM EARNED PREMIUM

In the event of cancellation, the premium charged for this endorsement is considered fully earned.

All other terms and conditions of this **policy** remain unchanged.



44108 (09-08)                    Page 1 of 1

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.180   Page 70 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.66   Page 46 of 74

601695439 8401          BRETT & PAULA LEMMEN FAMILY TRUST                    44116 (09-08)

# TRAVELERS YACHT POLICY

## ADDITIONAL INSURED ENDORSEMENT

It is agreed that the Additional **Insured** listed below is added under this **policy**, but only as their interest may appear in your **yacht** or **dinghy** as shown in the **declarations** and only for the liability arising out of the negligence of the **insured**.

We do not surrender any of our rights of subrogation under this **policy**.

All other terms and conditions of this **policy** remain unchanged.

GRAND ISLE MARINA

1 GRAND ISLE DR
GRAND HAVEN          MI 49417

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK    ECF No. 7-1 filed 06/13/19    PageID.181    Page 71 of 107
Case 1:19-cv-00458    ECF No. 1-3 filed 06/11/19    PageID.67    Page 47 of 74

601695439 8401        BRETT & PAULA LEMMEN FAMILY TRUST                    44142 (09-08)

## TRAVELERS YACHT POLICY

---

### SPECIAL TRIP ENDORSEMENT

---

In consideration of an additional premium of    $1,961.00

Departing From: FT LAUDERDALE FL

Departure Date: 11/09/2017

En Route To: FLORIDA/BAHAMAS/MICHIGAN

Trip Description:

TRIP COVERAGE IS PROVIDED FOR NAVIGATION IN COASTAL WATERS O

F FLORIDA AND BAHAMAS FROM 11/09/17 TO 04/01/18.  SEE ADDITI

ONAL TRIP DETAILS ON ENDORSEMENT #44126.

Returning to your **yacht's** normal **Navigational Territory** as shown in the **Declarations** no later than  04/01/2018

On the above date, the coverage provided by this extension will cease.

The deductible applicable to this extension of coverage will be      $19,600

In the event of cancellation, the premium charged for this endorsement is considered fully earned.

All other terms and conditions of this **policy** remain unchanged.



**44142 (09-08)**                         Page 1 of 1

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.182   Page 72 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.68   Page 48 of 74

601695439 8401       BRETT & PAULA LEMMEN FAMILY TRUST                44155 (09-08)

# TRAVELERS YACHT POLICY

---

## MECHANICAL BREAKDOWN COVERAGE

---

**SECTION THREE: YACHT, AUXILIARY EQUIPMENT AND DINGHY COVERAGE**

It is understood and agreed that under **D. EXCLUSIONS:**

Exclusion 13. Mechanical breakdown is deleted.

All other terms and conditions of this **policy** remain unchanged.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.183   Page 73 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.69   Page 49 of 74



**TRAVELERS**

A J GALLAGHER RMS
3455 E PARIS SE
GRAND RAPIDS, MI 49512
00020

BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE  MI 49456-9662

Dear Customer:

Enclosed is your declaration page and related documents.  If you have any
questions regarding any of them, please contact your Company representative.

PL-8579 3-94

000079/00020 F3118SMA 9036 12/13/17

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.184   Page 74 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.70   Page 50 of 74

00008000020 F3115SMA 9036 12/13/17

## BOAT/YACHT INSURANCE IDENTIFICATION CARD

**TRAVELERS**

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number          Effective Date
0601695439 8401        11-09-17
Not valid more than one year from Effective Date.

Year    Manufacturer
2017    SUNSEEKER

Model                  Hull Identification Number (HIN)
MANHATTAN              XSK06701C617

Agent
A J GALLAGHER RMS
3455 E PARIS SE
GRAND RAPIDS MI 49512

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04          See Important Notice On Reverse Side

---

## BOAT/YACHT INSURANCE IDENTIFICATION CARD

**TRAVELERS**

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number          Effective Date
0601695439 8401        11-09-17
Not valid more than one year from Effective Date.

Year    Manufacturer
2017    SUNSEEKER

Model                  Hull Identification Number (HIN)
MANHATTAN              XSK06701C617

Agent
A J GALLAGHER RMS
3455 E PARIS SE
GRAND RAPIDS MI 49512

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04          See Important Notice On Reverse Side

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.185   Page 75 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.71   Page 51 of 74

IN CASE OF AN ACCIDENT

* Call Travelers immediately

   1-800-772-4482 toll free, 24 hours a day.

* Only discuss the accident with proper authorities
   or Travelers representatives.

FRAUD HOTLINE: 800-6-FRAUD-0

FOR POLICY SERVICE CALL  (616) 975-3500

Travelers, One Tower Square, Hartford, CT 06183

For Claims,
Immediately call:
800-772-4482

---

IN CASE OF AN ACCIDENT

* Call Travelers immediately

   1-800-772-4482 toll free, 24 hours a day.

* Only discuss the accident with proper authorities
   or Travelers representatives.

FRAUD HOTLINE: 800-6-FRAUD-0

FOR POLICY SERVICE CALL  (616) 975-3500

Travelers, One Tower Square, Hartford, CT 06183

For Claims,
Immediately call:
800-772-4482

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.186   Page 76 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.72   Page 52 of 74

# TRAVELERS YACHT POLICY

**TRAVELERS J**

The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

Change Effective Date    11-09-17

| Named Insured | Your Agent's Name and Address |
|---|---|
| BRETT & PAULA LEMMEN FAMILY TRUST<br>19045 ELIZABETH CT<br>SPRING LAKE, MI 49456-9662 | A J GALLAGHER RMS<br>3455 E PARIS SE<br>GRAND RAPIDS, MI 49512 |

| | | |
|---|---|---|
| **Your Policy Number:** 601695439 840 1 | **For Policy Service Call:** | (616) 975-3500 |
| **Transaction Premium:** No Change | **For Claim Service Call:** | 1-800-772-4482 |
| **Total Policy Premium:** $7,478.00 | **For Billing Questions Call:** | 1-800-550-7716 |

**Policy Period**
From: 11-09-17 To: 11-09-18  12:01 A.M.
Standard Time at the Residence Premises

**Transaction Type**    Policy Change

**Transaction Number**    2

**Reason For Change:**  Change to Special Trip Endorsement

## Yacht Description

| # | Year | Length | Manufacturer | Model | HP | Hull ID |
|---|---|---|---|---|---|---|
| 1 | 2017 | 65' | SUNSEEKER | MANHATTAN | 2400 | XSK06701C617 |

| Coverages | Amount of Insurance/<br>Limit of Liability | Deductible | Premium |
|---|---|---|---|
| **Section Three**<br>   Yacht, Auxiliary Equipment<br>   and Dinghy Coverage | $ 1,960,000 | $ 19,600 | $ 4,901.00 |
|    Dinghy | Included if 16<br>feet or under<br>and 50 hp or less | $ 250 | Included |
| **Section Four**<br>   Personal Property | $ 5,000 | $ 250 | Included |
| **Section Five**<br>   Commercial Towing<br>   and Assistance | $ 1,500 | None | Included |
| **Section Six**<br>   Protection and Indemnity<br>   Accidental Fuel Spill<br>   Coverage | $ 1,000,000<br>Per Policy Language | None<br>None | $ 501.00<br>Included |
| **Section Seven**<br>   Medical Payments | $ 10,000 | None | Included |
| **Section Eight**<br>   Uninsured Boater | $ 1,000,000 | None | Included |
| **Section Nine**<br>   Longshoremen's & Harbor<br>   Workers' Compensation | Statutory Limits | None | Included |

Continued on next page

Insured Copy

Page 1 of 3

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.187   Page 77 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.73   Page 53 of 74

## Policy/Endorsements

| | | | |
|---|---|---|---|
| 44101 | (01-09) | Travelers Yacht Policy Jacket | $   115.00 |
| 44108 | (09-08) | Paid Crew Endorsement | Included |
| 44116 | (09-08) | Additional Insured Endorsement | Included |
| 44126 | (11-99) | Navigational Warranty Endorsement | Included |
| 44130 | (11-99) | Special Amendatory Endorsement | 1,961.00 |
| 44142 | (09-08) | Special Trip Endorsement | Included |
| 44155 | (09-08) | Mechanical Breakdown Coverage | |

**Yacht Total Premium**          $   7,478.00

## Navigational Information

Navigational Territory: It is hereby warranted that the Insured Yacht shall be confined to the waters indicated below.

Great Lakes and tributaries, including the St. Lawrence River and tributaries south of Quebec City, Canada, and the inland lakes, rivers and non-tidal waters of the 48 contiguous United States and Canada not north of 52 degrees north latitude.

## Lay Up Period

It is hereby warranted that the insured boat shall be laid up and out of commission from 11-01 through 04-01.

## Additional Insured #1

GRAND ISLE MARINA
1 GRAND ISLE DR
GRAND HAVEN, MI 49417

**Bill Method**   Installment Payments Billed to Insured

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Continued on next page

Page 2 of 3

44101 (01-09)   413/0WY630   DEC#: 2

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.188   Page 78 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.74   Page 54 of 74

## TRAVELERS YACHT POLICY          TRAVELERS J

Name Insured:    BRETT & PAULA LEMMEN FAMILY TRUST
Policy Number:   601695439 840 1
Policy Period:   11-09-17 To: 11-09-18
Effective Date:  11-09-17
Yacht Number:    01

### For Your Information (continued)

It is important that the information we used to rate your policy is correct.
It is your responsibility to make sure that the information on these Declarations
is accurate and complete, including checking that you are receiving all the
discounts for which you are eligible. To see a full list of discounts offered,
including discounts for having multiple policies with us or being a good
driver, go to www.travelers.com/discounts. Once at the website, type in your
policy number 6016954398401 and product code BY1 to view the discounts available.
If any of the information on the Declarations has changed, appears incorrect, or
is missing, please advise your Travelers agent or representative immediately.
Your Travelers agent or representative is also available to review the information
on the Declarations with you.

The Insurance Score we used to determine your premiums is 0767.

If you have any questions regarding your Insurance Score, please contact the Insurance
Score Resource Center at 1-800-550-7717.

This is not a bill.  You will be billed separately for this transaction.

Thank you for insuring with Travelers. We appreciate your business. If you have
any questions about your insurance, please contact your agent or representative.

This Declaration and any endorsements attached are to be inserted in and form part
of your policy. If a change effective date appears at the top of the Declarations,
then this Declaration replaces any previous Declarations on that date.

This certificate of insurance neither affirmatively nor negatively amends, extends,
or alters the coverage afforded by policy number 601695439 840 1  issued by
The Standard Fire Insurance Company.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.189   Page 79 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.75   Page 55 of 74

601695439 8401        BRETT & PAULA LEMMEN FAMILY TRUST              44142 (09-08)

# TRAVELERS YACHT POLICY

---

## SPECIAL TRIP ENDORSEMENT

---

In consideration of an additional premium of    $1,961.00

Departing From: FT LAUDERDALE FL

Departure Date: 11/09/2017

En Route To: FLORIDA/BAHAMAS/MICHIGAN

Trip Description:

TRIP COVERAGE IS PROVIDED FOR NAVIGATION IN COASTAL WATERS O

F FLORIDA AND BAHAMAS FROM 11/09/17 TO 05/01/18.  SEE ADDITI

ONAL TRIP DETAILS ON ENDORSEMENT #44126.


Returning to your **yacht's** normal **Navigational Territory** as shown in the **Declarations** no later than  05/01/2018

On the above date, the coverage provided by this extension will cease.

The deductible applicable to this extension of coverage will be    $19,600

In the event of cancellation, the premium charged for this endorsement is considered fully earned.

All other terms and conditions of this **policy** remain unchanged.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.190   Page 80 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.76   Page 56 of 74


**TRAVELERS**

A J GALLAGHER RMS
3940 PENINSULAR DR SE STE 100
GRAND RAPIDS, MI 49546
00055

BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE   MI 49456-9662

Dear Customer:

Enclosed is your declaration page and related documents.   If you have any
questions regarding any of them, please contact your Company representative.

PL-8579 3-94

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.191   Page 81 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.77   Page 57 of 74

**BOAT/YACHT INSURANCE IDENTIFICATION CARD**   TRAVELERS

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                Effective Date
0601695439 8401              11-09-17
Not valid more than one year from Effective Date.

Year        Manufacturer
2017        SUNSEEKER

Model                        Hull Identification Number (HIN)
MANHATTAN                    XSK0670lC617

Agent
A J GALLAGHER RMS
3940 PENINSULAR DR SE STE 100
GRAND RAPIDS MI 49546

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04          See Important Notice On Reverse Side

---

**BOAT/YACHT INSURANCE IDENTIFICATION CARD**   TRAVELERS

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                Effective Date
0601695439 8401              11-09-17
Not valid more than one year from Effective Date.

Year        Manufacturer
2017        SUNSEEKER

Model                        Hull Identification Number (HIN)
MANHATTAN                    XSK0670lC617

Agent
A J GALLAGHER RMS
3940 PENINSULAR DR SE STE 100
GRAND RAPIDS MI 49546

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04          See Important Notice On Reverse Side

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.192   Page 82 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.78   Page 58 of 74

# TRAVELERS YACHT POLICY

**TRAVELERS**J

The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

Change Effective Date    05-09-18

| Named Insured | Your Agent's Name and Address |
|---|---|
| BRETT & PAULA LEMMEN FAMILY TRUST<br>19045 ELIZABETH CT<br>SPRING LAKE, MI 49456-9662 | A J GALLAGHER RMS<br>3940 PENINSULAR DR SE STE 100<br>GRAND RAPIDS, MI 49546 |

| | |
|---|---|
| **Your Policy Number:** 601695439 840 1 | **For Policy Service Call:** (616) 975-3500 |
| **Transaction Premium:** No Change | **For Claim Service Call:** 1-800-772-4482 |
| **Total Policy Premium:** $7,478.00 | **For Billing Questions Call:** 1-800-550-7716 |

| | |
|---|---|
| **Policy Period**<br>From: 11-09-17 To: 11-09-18  12:01 A.M.<br>Standard Time at the Residence Premises | **Transaction Type**    Policy Change<br><br>**Transaction Number**    3 |

**Reason For Change:**  Change to Special Trip Endorsement

**Yacht Description**

| # | Year | Length | Manufacturer | Model | HP Hull ID |
|---|---|---|---|---|---|
| 1 | 2017 | 65' | SUNSEEKER | MANHATTAN | 2400  XSK06701C617 |

| Coverages | Amount of Insurance/ Limit of Liability | Deductible | Premium |
|---|---|---|---|
| **Section Three**<br>Yacht, Auxiliary Equipment and Dinghy Coverage<br>Dinghy | $ 1,960,000<br><br>Included if 16 feet or under and 50 hp or less | $ 19,600<br><br>$ 250 | $ 4,901.00<br><br>Included |
| **Section Four**<br>Personal Property | $ 5,000 | $ 250 | Included |
| **Section Five**<br>Commercial Towing and Assistance | $ 1,500 | None | Included |
| **Section Six**<br>Protection and Indemnity<br>Accidental Fuel Spill Coverage | $ 1,000,000<br>Per Policy Language | None<br>None | $ 501.00<br>Included |
| **Section Seven**<br>Medical Payments | $ 10,000 | None | Included |
| **Section Eight**<br>Uninsured Boater | $ 1,000,000 | None | Included |
| **Section Nine**<br>Longshoremen's & Harbor Workers' Compensation | Statutory Limits | None | Included |

Continued on next page           Insured Copy                    Page 1 of 3

44101 (01-09)   413\0WY630   DEC#: 3                    000218/00055 F3115SMA 9138 05/09/18

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK    ECF No. 7-1 filed 06/13/19    PageID.193    Page 83 of 107
Case 1:19-cv-00458    ECF No. 1-3 filed 06/11/19    PageID.79    Page 59 of 74

## TRAVELERS YACHT POLICY          TRAVELERS⌒

Name Insured:    BRETT & PAULA LEMMEN FAMILY TRUST
Policy Number:   601695439 840 1
Policy Period:   11-09-17 To: 11-09-18
Effective Date:  05-09-18
Yacht Number:    01

### For Your Information (continued)

It is important that the information we used to rate your policy is correct.
It is your responsibility to make sure that the information on these Declarations
is accurate and complete, including checking that you are receiving all the
discounts for which you are eligible. To see a full list of discounts offered,
including discounts for having multiple policies with us or being a good
driver, go to www.travelers.com/discounts. Once at the website, type in your
policy number 6016954398401 and product code BY1 to view the discounts available.
If any of the information on the Declarations has changed, appears incorrect, or
is missing, please advise your Travelers agent or representative immediately.
Your Travelers agent or representative is also available to review the information
on the Declarations with you.

The Insurance Score we used to determine your premiums is 0767.

If you have any questions regarding your Insurance Score, please contact the Insurance
Score Resource Center at 1-800-550-7717.

This is not a bill.  You will be billed separately for this transaction.

Thank you for insuring with Travelers. We appreciate your business. If you have
any questions about your insurance, please contact your agent or representative.

This Declaration and any endorsements attached are to be inserted in and form part
of your policy. If a change effective date appears at the top of the Declarations,
then this Declaration replaces any previous Declarations on that date.

This certificate of insurance neither affirmatively nor negatively amends, extends,
or alters the coverage afforded by policy number 601695439 840 1  issued by
The Standard Fire Insurance Company.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.194   Page 84 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.80   Page 60 of 74

601695439 8401        BRETT & PAULA LEMMEN FAMILY TRUST               44142 (09-08)

# TRAVELERS YACHT POLICY

---

### SPECIAL TRIP ENDORSEMENT

---

In consideration of an additional premium of    $1,961.00

Departing From: FT LAUDERDALE FL

Departure Date: 11/09/2017

En Route To: FLORIDA/BAHAMAS/MICHIGAN

Trip Description:

TRIP COVERAGE IS PROVIDED FOR NAVIGATION IN COASTAL WATERS O

F FLORIDA AND BAHAMAS FROM 11/09/17 TO 05/01/18. SEE ADDITI

ONAL TRIP DETAILS ON ENDORSEMENT #44126.

Returning to your **yacht's** normal **Navigational Territory** as shown in the **Declarations** no later than  06/01/2018

On the above date, the coverage provided by this extension will cease.

The deductible applicable to this extension of coverage will be    $19,600

In the event of cancellation, the premium charged for this endorsement is considered fully earned.

All other terms and conditions of this **policy** remain unchanged.

44142 (09-08)                    Page 1 of 1

000220/00055 F3115SMA 9139 05/09/18

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.195   Page 85 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.81   Page 61 of 74



**TRAVELERS**

A J GALLAGHER RMS
3940 PENINSULAR DR SE STE 100
GRAND RAPIDS, MI 49546
00045

BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE  MI 49456-9662

Dear Customer:

Enclosed is your declaration page and related documents.  If you have any
questions regarding any of them, please contact your Company representative.

PL-8579  3-94

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK    ECF No. 7-1 filed 06/13/19    PageID.196    Page 86 of 107
Case 1:19-cv-00458    ECF No. 1-3 filed 06/11/19    PageID.82    Page 62 of 74

D0017/00045 F3115SMA 9158 08/06/18

**BOAT/YACHT INSURANCE IDENTIFICATION CARD**    TRAVELERS J

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                    Effective Date
0601695439 8401                  11-09-17
Not valid more than one year from Effective Date.

Year        Manufacturer
2017        SUNSEEKER

Model                            Hull Identification Number (HIN)
MANHATTAN                        XSK06701C617

Agent
A J GALLAGHER RMS
3940 PENINSULAR DR SE   STE 100
GRAND RAPIDS MI 49546

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04              See Important Notice On Reverse Side

---

**BOAT/YACHT INSURANCE IDENTIFICATION CARD**    TRAVELERS J

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                    Effective Date
0601695439 8401                  11-09-17
Not valid more than one year from Effective Date.

Year        Manufacturer
2017        SUNSEEKER

Model                            Hull Identification Number (HIN)
MANHATTAN                        XSK06701C617

Agent
A J GALLAGHER RMS
3940 PENINSULAR DR SE   STE 100
GRAND RAPIDS MI 49546

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456 9662

PL-12129 12-04              See Important Notice On Reverse Side

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK    ECF No. 7-1 filed 06/13/19    PageID.197    Page 87 of 107
Case 1:19-cv-00458    ECF No. 1-3 filed 06/11/19    PageID.83    Page 63 of 74

**IN CASE OF AN ACCIDENT**

*   Call Travelers immediately
    1-800-772-4482 toll free, 24 hours a day.
*   Only discuss the accident with proper authorities
    or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL  (616) 975-3500**

Travelers, One Tower Square, Hartford, CT  06183

**For Claims,
Immediately call:
800-772-4482**

**IN CASE OF AN ACCIDENT**

*   Call Travelers immediately
    1-800-772-4482 toll free, 24 hours a day.
*   Only discuss the accident with proper authorities
    or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL  (616) 975-3500**

Travelers, One Tower Square, Hartford, CT  06183

**For Claims,
Immediately call:
800-772-4482**

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court
Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.198   Page 88 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.84   Page 64 of 74

# TRAVELERS YACHT POLICY

**TRAVELERS** ⅃

The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

Change Effective Date     05-09-18

---

**Named Insured**

BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE, MI 49456-9662

**Your Agent's Name and Address**

A J GALLAGHER RMS
3940 PENINSULAR DR SE STE 100
GRAND RAPIDS, MI 49546

---

| | |
|---|---|
| **Your Policy Number:** 601695439 840 1 | **For Policy Service Call:** (616) 975-3500 |
| **Transaction Premium:** No Change | **For Claim Service Call:** 1-800-772-4482 |
| **Total Policy Premium:** $5,517.00 | **For Billing Questions Call:** 1-800-550-7716 |

**Policy Period**
From: 11-09-17 To: 11-09-18  12:01 A.M.
Standard Time at the Residence Premises

**Transaction Type**     Policy Change

**Transaction Number**     4

**Reason For Change:** Deleted Special Trip Endorsement
Deleted Navigational Warranty

---

**Yacht Description**

| # | Year | Length | Manufacturer | Model | HP | Hull ID |
|---|---|---|---|---|---|---|
| 1 | 2017 | 65' | SUNSEEKER | MANHATTAN | 2400 | XSK06701C617 |

| Coverages | Amount of Insurance/ Limit of Liability | Deductible | Premium |
|---|---|---|---|
| **Section Three** | | | |
| Yacht, Auxiliary Equipment and Dinghy Coverage | $ 1,960,000 | $ 19,600 | $ 4,901.00 |
| Dinghy | Included if 16 feet or under and 50 hp or less | $ 250 | Included |
| **Section Four** | | | |
| Personal Property | $ 5,000 | $ 250 | Included |
| **Section Five** | | | |
| Commercial Towing and Assistance | $ 1,500 | None | Included |
| **Section Six** | | | |
| Protection and Indemnity | $ 1,000,000 | None | $ 501.00 |
| Accidental Fuel Spill Coverage | Per Policy Language | None | Included |
| **Section Seven** | | | |
| Medical Payments | $ 10,000 | None | Included |
| **Section Eight** | | | |
| Uninsured Boater | $ 1,000,000 | None | Included |
| **Section Nine** | | | |
| Longshoremen's & Harbor Workers' Compensation | Statutory Limits | None | Included |

Continued on next page          Insured Copy          Page 1 of 3

44101 (01-09)   413/0WY630   DEC#: 4          000178/00045 F3115SMA 9158 08/09/18

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.199   Page 89 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.85   Page 65 of 74

## Policy/Endorsements

| | | | |
|---|---|---|---|
| 44101 | (01-09) | Travelers Yacht Policy Jacket | $ 115.00 |
| 44108 | (09-08) | Paid Crew Endorsement | Included |
| 44116 | (09-08) | Additional Insured Endorsement | Included |
| 44130 | (11-99) | Special Amendatory Endorsement | Included |
| 44155 | (09-08) | Mechanical Breakdown Coverage | Included |

| **Yacht Total Premium** | $ 5,517.00 |
|---|---|

## Navigational Information

Navigational Territory: It is hereby warranted that the Insured Yacht shall be
confined to the waters indicated below.

Great Lakes and tributaries, including the St. Lawrence River and
tributaries south of Quebec City, Canada, and the inland lakes,
rivers and non-tidal waters of the 48 contiguous United States and
Canada not north of 52 degrees north latitude.

## Lay Up Period

It is hereby warranted that the insured boat shall be laid up and out of commission
from 11-01 through 04-01.

## Additional Insured #1

GRAND ISLE MARINA
1 GRAND ISLE DR
GRAND HAVEN, MI 49417

## Bill Method   Installment Payments Billed to Insured

## For Your Information

For information about how Travelers compensates independent agents and
brokers, please visit www.Travelers.com or call our toll free telephone
number 1-866-904-8348. You may also request a written copy from Marketing
at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Continued on next page

Page 2 of 3

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.200   Page 90 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.86   Page 66 of 74

TRAVELERS YACHT POLICY        TRAVELERS J

Name Insured:   BRETT & PAULA LEMMEN FAMILY TRUST
Policy Number:  601695439 840 1
Policy Period:  11-09-17 To: 11-09-18
Effective Date: 05-09-18
Yacht Number:   01

## For Your Information (continued)

It is important that the information we used to rate your policy is correct.
It is your responsibility to make sure that the information on these Declarations
is accurate and complete, including checking that you are receiving all the
discounts for which you are eligible. To see a full list of discounts offered,
including discounts for having multiple policies with us or being a good
driver, go to www.travelers.com/discounts. Once at the website, type in your
policy number 6016954398401 and product code BY1 to view the discounts available.
If any of the information on the Declarations has changed, appears incorrect, or
is missing, please advise your Travelers agent or representative immediately.
Your Travelers agent or representative is also available to review the information
on the Declarations with you.

The Insurance Score we used to determine your premiums is 0767.

If you have any questions regarding your Insurance Score, please contact the Insurance
Score Resource Center at 1-800-550-7717.

This is not a bill.  You will be billed separately for this transaction.

Thank you for insuring with Travelers. We appreciate your business. If you have
any questions about your insurance, please contact your agent or representative.

This Declaration and any endorsements attached are to be inserted in and form part
of your policy. If a change effective date appears at the top of the Declarations,
then this Declaration replaces any previous Declarations on that date.

This certificate of insurance neither affirmatively nor negatively amends, extends,
or alters the coverage afforded by policy number 601695439 840 1  issued by
The Standard Fire Insurance Company.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.201   Page 91 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.87   Page 67 of 74



```
A J GALLAGHER RMS
3940 PENINSULAR DR SE STE 100
GRAND RAPIDS, MI 49546
00046
```

```
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE  MI 49456-9662
```

Dear Customer:

Enclosed is your declaration page and related documents.  If you have any
questions regarding any of them, please contact your Company representative.

PL-8579 3-94

000180/00046 F3115SMA 9158 06/06/18

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.202   Page 92 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.88   Page 68 of 74

00018I/00048 F311SSMA 9158 06/06/18

## BOAT/YACHT INSURANCE IDENTIFICATION CARD    TRAVELERS⌐

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                    Effective Date
0601695439 8401                  11-09-17
Not valid more than one year from Effective Date.

Year    Manufacturer
2017    SUNSEEKER

Model                            Hull Identification Number (HIN)
MANHATTAN                        XSK06701C617

Agent
A J GALLAGHER RMS
3940 PENINSULAR DR SE  STE 100
GRAND RAPIDS MI 49546

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456  9662

PL-12129 12-04          See Important Notice On Reverse Side

## BOAT/YACHT INSURANCE IDENTIFICATION CARD    TRAVELERS⌐

Company: THE STANDARD FIRE INSURANCE COMPANY

Summer Mooring Location State: MI

Policy Number                    Effective Date
0601695439 8401                  11-09-17
Not valid more than one year from Effective Date.

Year    Manufacturer
2017    SUNSEEKER

Model                            Hull Identification Number (HIN)
MANHATTAN                        XSK06701C617

Agent
A J GALLAGHER RMS
3940 PENINSULAR DR SE  STE 100
GRAND RAPIDS MI 49546

Insured
BRETT & PAULA LEMMEN FAMILY TRUST
19045 ELIZABETH CT
SPRING LAKE MI 49456  9662

PL-12129 12-04          See Important Notice On Reverse Side

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court
Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.203   Page 93 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.89   Page 69 of 74

**For Claims,**
**Immediately call:**
**800-772-4482**

**IN CASE OF AN ACCIDENT**

\* Call Travelers immediately
  1-800-772-4482 toll free, 24 hours a day.

\* Only discuss the accident with proper authorities
  or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL  (616) 975-3500**

Travelers, One Tower Square, Hartford, CT 06183

---

**For Claims,**
**Immediately call:**
**800-772-4482**

**IN CASE OF AN ACCIDENT**

\* Call Travelers immediately
  1-800-772-4482 toll free, 24 hours a day.

\* Only discuss the accident with proper authorities
  or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL  (616) 975-3500**

Travelers, One Tower Square, Hartford, CT 06183

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.204   Page 94 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.90   Page 70 of 74

# TRAVELERS YACHT POLICY

**TRAVELERS** ⌐

The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

Change Effective Date        05-09-18

---

| Named Insured | Your Agent's Name and Address |
|---|---|
| BRETT & PAULA LEMMEN FAMILY TRUST<br>19045 ELIZABETH CT<br>SPRING LAKE, MI 49456-9662 | A J GALLAGHER RMS<br>3940 PENINSULAR DR SE STE 100<br>GRAND RAPIDS, MI 49546 |

---

| | |
|---|---|
| **Your Policy Number:** 601695439 840 1 | **For Policy Service Call:** (616) 975-3500 |
| **Transaction Premium:** No Change | **For Claim Service Call:** 1-800-772-4482 |
| **Total Policy Premium:** $5,517.00 | **For Billing Questions Call:** 1-800-550-7716 |

---

**Policy Period**
From: 11-09-17 To: 11-09-18   12:01 A.M.
Standard Time at the Residence Premises

**Transaction Type**   Policy Change

**Transaction Number**   5

**Reason For Change:**   Added Navigational Warranty

---

## Yacht Description

| # | Year | Length | Manufacturer | Model | HP | Hull ID |
|---|---|---|---|---|---|---|
| 1 | 2017 | 65' | SUNSEEKER | MANHATTAN | 2400 | XSK06701C617 |

| Coverages | Amount of Insurance/<br>Limit of Liability | Deductible | Premium |
|---|---|---|---|
| **Section Three** | | | |
| Yacht, Auxiliary Equipment and Dinghy Coverage | $ 1,960,000 | $ 19,600 | $ 4,901.00 |
| Dinghy | Included if 16 feet or under and 50 hp or less | $ 250 | Included |
| **Section Four** | | | |
| Personal Property | $ 5,000 | $ 250 | Included |
| **Section Five** | | | |
| Commercial Towing and Assistance | $ 1,500 | None | Included |
| **Section Six** | | | |
| Protection and Indemnity | $ 1,000,000 | None | $ 501.00 |
| Accidental Fuel Spill Coverage | Per Policy Language | None | Included |
| **Section Seven** | | | |
| Medical Payments | $ 10,000 | None | Included |
| **Section Eight** | | | |
| Uninsured Boater | $ 1,000,000 | None | Included |
| **Section Nine** | | | |
| Longshoremen's & Harbor Workers' Compensation | Statutory Limits | None | Included |

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

Case 1:19-cv-00458-RJJ-RSK   ECF No. 7-1 filed 06/13/19   PageID.205   Page 95 of 107
Case 1:19-cv-00458   ECF No. 1-3 filed 06/11/19   PageID.91   Page 71 of 74

### Policy/Endorsements

| 44101 | (01-09) | Travelers Yacht Policy Jacket | $   115.00 |
| 44108 | (09-08) | Paid Crew Endorsement | Included |
| 44116 | (09-08) | Additional Insured Endorsement | Included |
| 44126 | (11-99) | Navigational Warranty Endorsement | Included |
| 44130 | (11-99) | Special Amendatory Endorsement | Included |
| 44155 | (09-08) | Mechanical Breakdown Coverage | Included |

**Yacht Total Premium**          $   5,517.00

### Navigational Information

Navigational Territory: It is hereby warranted that the Insured Yacht shall be confined to the waters indicated below.

Great Lakes and tributaries, including the St. Lawrence River and tributaries south of Quebec City, Canada, and the inland lakes, rivers and non-tidal waters of the 48 contiguous United States and Canada not north of 52 degrees north latitude.

### Lay Up Period

It is hereby warranted that the insured boat shall be laid up and out of commission from 11-01 through 04-01.

### Additional Insured #1

GRAND ISLE MARINA
1 GRAND ISLE DR
GRAND HAVEN, MI 49417

### Bill Method   Installment Payments Billed to Insured

### For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Continued on next page

44101 (01-09)   413/0WY630   DEC#: 5

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

## TRAVELERS YACHT POLICY    TRAVELERS ☂

```
Name Insured:    BRETT & PAULA LEMMEN FAMILY TRUST
Policy Number:   601695439 840 1
Policy Period:   11-09-17 To: 11-09-18
Effective Date:  05-09-18
Yacht Number:    01
```

### For Your Information (continued)

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 6016954398401 and product code BY1 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

The Insurance Score we used to determine your premiums is 0767.

If you have any questions regarding your Insurance Score, please contact the Insurance Score Resource Center at 1-800-550-7717.

This is not a bill.  You will be billed separately for this transaction.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

This Declaration and any endorsements attached are to be inserted in and form part of your policy. If a change effective date appears at the top of the Declarations, then this Declaration replaces any previous Declarations on that date.

This certificate of insurance neither affirmatively nor negatively amends, extends, or alters the coverage afforded by policy number 601695439 840 1  issued by The Standard Fire Insurance Company.

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

601695439 8401        BRETT & PAULA LEMMEN FAMILY TRUST                    **44126 (11-99)**

# TRAVELERS YACHT POLICY

---

## NAVIGATIONAL WARRANTY ENDORSEMENT

---

EXTENDED NAVIGATION ENDORSEMENT

It is agreed that coverage is provided for a trip leaving Ocracoke, North
Carolina on 5-9-2018 enroute to Grand Haven, Michigan via Atlantic coastal
waters and via inland lakes and rivers. To arrive in Grand Haven, MI by
06-01-2018. A 1% deductible shall appy to the hull and equipment on any cover
losses.

All other conditions of this policy apply.

**44126 (11-99)**

000184/00046 F3115SMA 9158 06/06/18

FILED 6/11/2019
Justin F. Roebuck
20th Circuit Court

601695439 8401        BRETT & PAULA LEMMEN FAMILY TRUST                    44126 (11-99)

# TRAVELERS YACHT POLICY

---

## NAVIGATIONAL WARRANTY ENDORSEMENT (Continued)

---

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

**BRETT AND PAULA LEMMEN**
**FAMILY TRUST**, by Brett Lemmen,
Trustee

|                          |                         |
|--------------------------|-------------------------|
| Plaintiffs,              | Case No. 19-5760-CZ     |
|                          | Hon. Jon Hulsing        |

v

**THE TRAVELERS INSURANCE**
**COMPANY, INC** and **AJ GALLAGHER &**
**COMPANY, INC., dba Gallagher Charter**
**Lakes**, a Michigan Corporation,

                    Defendants.

_____/

| | |
|---|---|
| JAMES A. MAREK (P71554) | MICHELE A. CHAPNICK (P48716) |
| **MAREK LAW GROUP, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant Travelers |
| 1 East Apple Avenue #B | 340 E. Big Beaver Road, Ste. 520 |
| Muskegon, MI 49442 | Troy, MI 48083 |
| (231) 722-0531 | (248) 689-3920/(248) 689-4560 – Fax |
| jamesmareklaw@gmail.com | mchapnick@gregorylaw.com |

ELISA J. LINTEMUTH (P74498)
**DYKEMA**
Attorneys for Def. AJ Gallagher
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com

_____/

## INDEX OF EXHIBITS

Exhibits to Notice of Removal – Doc #1

| | |
|---|---|
| **EXHIBIT 3** | Connecticut listing for Standard Fire |
| **EXHIBIT 4** | Delaware listing for AJ Gallagher |
| **EXHIBIT 5** | Illinois listing for AJ Gallagher |
| **EXHIBIT 6** | Email from Lintemuth |

**Exhibit 3**

Connecticut's Official
State Website

The Office of
# Secretary of the State Denise W. Merr

## Business Inquiry

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | STANDARD FIRE INSURANCE COMPANY THE | Citizenship/State Inc: | **Domestic/CT** |
| Business ID: | **0280187** | Last Report Filed Year: | **NONE** |
| Business Address: | **NONE** | Business Type: | **Stock** |
| Mailing Address: | **NONE** | Business Status: | **Active** |
| Date Inc/Registration: | **NONE** | | |
| Annual Report Due Date: | **Not Applicable** | | |

### Principals Details

No Principal Records found for Business with ID: 0280187

### Agent Summary

| | |
|---|---|
| Agent Name | **CORPORATION SERVICE COMPANY** |
| Agent Business Address | **50 WESTON ST., HARTFORD, CT, 06120** |
| Agent Residence Address | **NONE** |

**Exhibit 4**

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

---

Department of State: Division of Corporations

Allowable Characters

| HOME | Entity Details |
|---|---|
| About Agency | |
| Secretary's Letter | THIS IS NOT A STATEMENT OF GOOD STANDING |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 780509 | Incorporation Date / Formation Date: | 3/30/1972 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | ARTHUR J. GALLAGHER & CO. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| Name: | CORPORATION SERVICE COMPANY | | |
|---|---|---|---|
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]        [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**Exhibit 5**



## CORPORATION FILE DETAIL REPORT

| File Number | 50004066 | | |
|---|---|---|---|
| Entity Name | ARTHUR J. GALLAGHER & CO. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 04/10/1972 | State | DELAWARE |
| Agent Name | PRENTICE HALL CORPORATION | Agent Change Date | 03/31/2011 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | J PATRICK GALLAGHER JR 2850 W GOLF RD ROLLING MEADOWS IL |
| Agent City | SPRINGFIELD | Secretary Name & Address | APRIL J HANES-DOWD SAME 60008 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/29/2019 | For Year | 2019 |

Return to the Search Screen          Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**Exhibit 6**

| | |
|---|---|
| **From:** | Lintemuth, Elisa <ELintemuth@dykema.com> |
| **Sent:** | Monday, June 10, 2019 1:42 PM |
| **To:** | Michele Chapnick |
| **Cc:** | Dame, Jr., Frank |
| **Subject:** | Brett and Paula Lemmen Family Trust v. Travelers, et. al. / Case No. 19-5760-CZ |

Michele:

Dykema will be representing Defendant A.J. Gallagher in the above-referenced case. A.J. Gallagher consents to Travelers' removal of this matter to federal court.

Regards,
Elisa



**Elisa J. Lintemuth**          616-776-7532 Direct          300 Ottawa Avenue, N.W., Suite 700
Member                          616-776-7500 Main           Grand Rapids, Michigan  49503
ELintemuth@dykema.com           855-259-7099 Fax            www.dykema.com

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.