# STATE OF MICHIGAN 20TH JUDICIAL CIRCUIT
## Docket Entries

| Case Number: 19-005760-CZ | Judge: JON HULSING | Claim Amount: |
|---|---|---|
| Date Issued: 5/08/19 | Date Closed: | Expiration Date: 8/07/19 |
| Extended: | New Expiration Date: | Disposition: Active |

BRETT LEMMEN, TRUSTEE OF BRETT AND PAULA LEMMEN FAMILY TRUST THE TRAVELERS INSURANCE, INC.

| Receipt | Paid | Received From | Type | Amount Paid |
|---|---|---|---|---|
| 105524 | 5/09/19 | MAREK & ASSOCIATES, PLLC | EFiling Fee | 25.00 |
| 105524 | 5/09/19 | MAREK & ASSOCIATES, PLLC | Co General Fund | 31.00 |
| 105524 | 5/09/19 | MAREK & ASSOCIATES, PLLC | Civil filing fee | 119.00 |
| 105526 | 5/09/19 | RON HOFFMAN | MACHINE COPY | 12.00 |

### Parties | Attorneys

**Plaintiff**
BRETT LEMMEN, TRUSTEE OF BRETT AND PAULA LEMM

Serv:

MAREK, JAMES
1 E APPLE AVE STE B      P-Num   71554
MUSKEGON MI 49442

Phone: 231/722-0531   Fax: 888/627-7559

**Defendant**
THE TRAVELERS INSURANCE, INC.,
ONE TOWER SQUARE
HARTFORD CT 06183

Serv:

**Defendant**       A MICHIGAN CORPORATION
AJ GALLAGHER AND COMPANY, INC., DBA GALLAGHER
3940 PENNINSULAR DRIVE SE   #100
GRAND RAPIDS MI 49546

Serv:

CERTIFICATION OF ORIGINAL ON FILE
I hereby certify that the attached is a true and correct copy of the original on file with this office.
JUSTIN F. ROEBUCK
OTTAWA COUNTY CLERK/REGISTER
BY_____
       Deputy County Clerk

# STATE OF MICHIGAN 20TH JUDICIAL CIRCUIT

| Case Number | |
|---|---|
| 19-005760-CZ | 1 |

Case Event
5/08/19 Case filed with Circuit Court
5/08/19    COMPLAINT
5/08/19 Summons Issued
5/08/19    EXPIRES: 08/07/2019
5/08/19    RE: THE TRAVELERS INSURANCE COMPANY, INC.
5/08/19 Summons Issued
5/08/19    EXPIRES 8/7/2019 RE: AJ GALLAGHER & COMPANY, INC.,
5/08/19    D/B/A GALLAGHER CHARTER LAKES, A MICHIGAN CORPORATION
6/11/19 Notice
6/11/19    NOTICE OF FILING OF NOTICE OF REMOVAL AND PROOF OF
6/11/19    SERVICE, NOTICE OF REMOVAL BASED ON DIVERSITY OF
6/11/19    CITIZENSHIP AND CERTIFICATE OF SERVICE
6/11/19 PROOF OF SERVICE

Judgment   THE TRAVELERS INSURANCE, INC.,


            Judge: _____

            By: _____

Judgment   AJ GALLAGHER AND COMPANY, INC DBA GALLAGHER CHARTER LAKES, A
           A MICHIGAN CORPORATION


            Judge: _____

            By: _____