IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRETT AND PAULA LEMMEN FAMILY TRUST, by Brett Lemmen, Trustee,<br><br>Plaintiffs,<br><br>v<br><br>THE TRAVELERS INSURANCE COMPANY, INC. and AJ GALLAGHER & COMPANY, INC., dba Gallagher Charter Lakes, a Michigan Corporation,<br><br>Defendants. | Case No. 19-cv-458<br><br>Hon. Robert J. Jonker |

JAMES A. MAREK (P71554)
**MAREK LAW GROUP, PLLC**
1 East Apple Avenue #B
Muskegon, MI 49442
 (231) 722-0531
jamesmareklaw@gmail.com
*Attorney for Plaintiff*

MICHELE A. CHAPNICK (P48716)
**GREGORY AND MEYER, P.C.**
340 E. Big Beaver Road, Suite 520
Troy, MI 48083
(248) 689-3920
mchapnick@gregorylaw.com
*Attorneys for Defendant Travelers*

ELISA LINTEMUTH (P74498)
**DYKEMA GOSSETT PLLC**
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com
*Attorneys for Defendant AJ Gallagher & Company, Inc.*

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants advise the Court that they have reached a settlement in principle, are in the process of finalizing documentation, and request an additional thirty (30) days to do so.

The parties will report to the Court upon completion of settlement documentation that settlement is final and the case may be dismissed with prejudice.

Dated:  July 2, 2019

*/s/ James A. Marek (with permission)*
James A. Marek (P71554)
Marek Law Group, PLLC
1 East Apple Avenue #B
Muskegon, MI 49442
 (231) 722-0531
jamesmareklaw@gmail.com
***Attorney for Plaintiff***

*/s/ Michele A. Chapnick (with permission)*
Michele A. Chapnick (P48716)
Gregory and Meyer, P.C.
340 E. Big Beaver Road, Suite 520
Troy, MI 48083
(248) 689-3920
mchapnick@gregorylaw.com
***Attorneys for Defendant Travelers***

*/s/ Elisa J. Lintemuth*
Elisa Lintemuth (P74498)
Dykema Gossett PLLC
300 Ottawa Ave. NW, Suite 700
Grand Rapids, MI 49503
(616) 776-7532
elintemuth@dykema.com
***Attorneys for Defendant AJ Gallagher & Company, Inc.***