UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRETT AND PAULA LEMMEN
FAMILY TRUST, by Brett Lemmen,
Trustee,

      Plaintiffs,

v.

THE TRAVELERS INSURANCE
COMPANY, INC., et al.

      Defendants.
_____/

File No: 1:19-CV-458

HON. ROBERT J. JONKER

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court was advised by the filing of a Joint Notice of Settlement that the parties have reached a settlement.

Accordingly, closing documents shall be filed no later than **August 2, 2019**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

The Rule 16 Scheduling Conference set for August 9, 2019, is adjourned.

Date:  July 2, 2019

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE